# EXHIBIT A

*NeR 2008-01*



# St. Johns County
## Application for Special Use

Date __6/24/08__

Project Name (if applicable): __AT148/Fruit Cove__

Owner/Applicant: __Anchor Tower__

Address: __1133 Louisiana Ave Suite 114__
__Winter Park, FL 32789__

Phone: __407-622-1377__   Fax: __407-622-2181__

E-mail Address: __toshaughnessy @ comsoeast.com__

Person To Receive Comments: __Tim O'Shaughnessy__

Property Appraiser's Parcel No. __010530 0060__

Property Appraiser's Map Sheet: __2C5NX__

Section: __42__   Township: __5__   Range: __27__

Legal Description: __See attached__

Location: __1221 N. State Road 13__

911 Address (if known): _____

Acres: _____   TAZ: __1231__   Road Segment: __85__   Census Tract: __020800__

Name of Overlay District (if applicable) __N|A__

Zone Class: __RS-E__   Comp. Plan Dsgn: __Res B__

Present Use of Property: __7100/Churches__

Description of request (additional sheets may be attached):
__Construction of a new Stealth tower, Monocross for wireless service. Including installation of MetroPcs equipment and antennas.__

Please list below any applications currently under review or recently approved which may assist in the review of this application: _____

I HEREBY CERTIFY THAT ALL INFORMATION IS CORRECT:
Signature of owner or person authorized to represent this application:

Signature: _____

Printed or typed name(s): __Lisa Bryant__

Board of Commissioners
St. Johns County
St. Augustine, Florida

Subject:  Proposed Anchor Tower in St John's County at:
                    **1221 N. State Rd. 13, Jacksonville, Fl. 32259**

Dear St. Johns County Zoning Department,

Anchor Tower LLC is submitting an application for a "Special Use" for the placement of a "150' Alternative Tower Structure" to be located at the address above. This geographical location is currently required by **two** wireless telecommunications carriers to provide needed wireless coverage to the residents of St. John's County in the Fruit Cove area. The location and design of the tower were selected to minimize the visual and aesthetic impacts to the surrounding area. This alternative structure is designed to accommodate a total of 6 wireless carriers.

The location of this proposed facility is due to the fact that there are no other suitable properties in the area that are large enough to accommodate this facility nor are there any other structures in the area that can accommodate the collocation of wireless antennas. The location on the proposed parcel was selected to provide the least visual impact of the facility to the surrounding properties. The design of the tower was selected to blend into the use of the parent parcel, currently being a church. The facility is located 250' from the residential lot line to the east of the parent parcel and 288' from the residential lot line to the south of the parent parcel, while being 350' from the roadway of SR13 to the west of the parent parcel. This facility is designed to have a fall zone radius of 50', due to the fact that it was necessary to locate the facility 50' from the northern property line of the parent parcel. The parcel adjacent to the north is a "Conservation Easement" that will prohibit any future structures from being constructed. This easement is approximately 100' wide and provides adequate natural vegetation coverage which will minimize any visual impact of any residences to the north of the conservation easement.

No residential dwellings, schools or emergency evacuation shelters shall be permitted in the designed fall radius of the proposed structure. The fenced tower site will be large enough to accommodate the equipment of all present and future collocators. The proposed tower shall be in compliance with all FCC and FAA regulations the proposed site shall be landscaped as required by County code for wireless facilities. The facility shall be PVC fenced with not less than 85% opacity, the facility shall not be lighted, and shall contain a sign no more than 30" wide by 24" high identifying Anchor Tower as the responsible party for the operation and maintenance of the facility. The Alternative structure will be white in color as to minimize the visual impact lend to the "alternative design" of the structure.

Anchor Tower LLC will provide St John's County with a surety bond in the amount of $25,000.00 for the removal of the facilities in the event of abandonment, Anchor Tower

will also provide St John's County with a valid easement to adequately access the antenna tower site for removal of the subject tower. Written permission shall be supplied for County staff, agents or contractors to enter upon the site and to remove if it is found to be abandoned and in violation. In addition Anchor Tower will provide St. Johns County with an antenna tower and maintenance program as described in the St John's County regulations. A structural analysis shall be provided for the original design of the tower and shall be performed when additions to the tower loading are beyond the original design of the structure.

This facility shall be maintained in a safe condition in accordance with local state and federal guidelines.

If you require any additional information, please feel free to contact Anchor Tower at:

Thank You,

Tim O'Shaughnessy
Anchor Tower
1133 Louisiana Ave., Suite 114
Winter Park, FL 32789
407-622-1377

# Anchor Tower, Inc

1133 Louisiana Avenue Suite 114, Winter Park, FL. 32789

## *Authorization Letter*

I hereby authorize **Lisa Bryant** to act on behalf of Anchor Tower, Inc.  Who will act for me in the capacity of applying for Zoning and Building permits, and signs my name and completes all tasks necessary to obtain Zoning and Building Permit in St. Johns County.

Timothy O'Shaughnessy
Anchor Tower, Inc
1133 Louisiana Ave., Ste. 114
Winter Park, FL 32789
407-622-1377 Ofc
407-622-2181 Fax

_____
Signature of Authorized Representative

_____
Witness

**T· ·Mobile·**

T-Mobile USA

June 6, 2008

Mr. Val Kazia
Anchor Tower
1133 Louisiana Avenue
Suite 114
Winter Park, FL 32789

Dear Mr. Kazia:

This is in reference to a stealth monocross tower being proposed within St. Johns County by Anchor Tower.  It is our understanding this site, if approved, will be located on the existing development at 1221 N. SR 13, Jacksonville, FL.

Should Anchor Tower be successful with their application for this site, T-Mobile would strongly consider collocation at this site.

Sincerely,

Kelly Williamson
Real Estate & Zoning Manager

T-Mobile USA, Inc.
Office: 904.251.7000
7025 A.C. Skinner Parkway
Jacksonville, FL 32256

# WSP Consultants, Inc.

### Surveyors & Mappers
19006 1ST Street S.W.
Lutz, FL 33548
Phone: (813) 909-2420

---

## F.A.A. 1A LETTER

**Date:**      **April 14, 2008**
**For:**       **ANCHOR TOWER, LLC**
**Re:**        **FRUIT COVE**
 **Site:**      **AT 148**
**Address:**   **1221 North State Road No. 13**
               **Jacksonville, FL 32259**
               **St. Johns County, Florida**

I certify that the Latitude 30°05'53.16" N and the Longitude of 081°37'34.48" W of the above referenced site is accurate to within ± 15.0 feet horizontally and that the site elevation of 15.0' (NAVD 88) is accurate to within ± 3.0 feet vertically.

The Latitude and Longitude as identified hereon are referenced to the North American Datum of 1983/99 (NAD 83/99) and are expressed as degrees, minutes and seconds. The elevations shown hereon in feet are referenced to the North American Vertical Datum of 1988 (NAVD 88).

Note:
The Latitude, Longitude & Elevation were obtained at the Proposed Tower Location.

William S. Payne
Professional Surveyor and Mapper No. 5685
WSP Consultants, Inc. – LB No. 7188
State of Florida





# Federal Communications Commission
## Wireless Telecommunications Bureau

### RADIO STATION AUTHORIZATION

LICENSEE: METROPCS FLORIDA, LLC

ATTN: MARK A. STACHIW
METROPCS FLORIDA, LLC
2250 LAKESIDE BOULEVARD
RICHARDSON, TX 75082

| Call Sign | File Number |
|-----------|-------------|
| WQCS387 | 0003278800 |

| Radio Service | |
|---------------|--|
| CW - PCS Broadband | |

FCC Registration Number (FRN): 0014545644

| Grant Date | Effective Date | Expiration Date | Print Date |
|------------|----------------|-----------------|------------|
| 05-13-2005 | 02-22-2008 | 05-13-2015 | 05-20-2008 |

| Market Number | Channel Block | Sub-Market Designator |
|---------------|---------------|-----------------------|
| BTA212 | C | 6 |

| Market Name |
|-------------|
| Jacksonville, FL |

| 1st Build-Out Date | 2nd Build-Out Date | 3rd Build-Out Date | 4th Build-Out Date |
|--------------------|--------------------|--------------------|--------------------|
| 05-13-2010 | | | |

Waivers/Conditions:
NONE

**Conditions:**
Pursuant to §309(h) of the Communications Act of 1934, as amended, 47 U.S.C. §309(h), this license is subject to the following conditions: This license shall not vest in the licensee any right to operate the station nor any right in the use of the frequencies designated in the license beyond the term thereof nor in any other manner than authorized herein. Neither the license nor the right granted thereunder shall be assigned or otherwise transferred in violation of the Communications Act of 1934, as amended. See 47 U.S.C. § 310(d). This license is subject in terms to the right of use or control conferred by §706 of the Communications Act of 1934, as amended. See 47 U.S.C. §606.

To view the geographic areas associated with the license, go to the Universal Licensing System (ULS) homepage at http://wireless.fcc.gov/uls and select "License Search". Follow the instructions on how to search for license information.

FCC 601-MB
August 2007



Federal Aviation Administration
Air Traffic Airspace Branch, ASW-520
2601 Meacham Blvd.
Fort Worth, TX 76137-0520

Aeronautical Study No.
2008-ASO-2181-OE

Issued Date: 06/02/2008

Tim O'Shaughnessy
Anchor Tower, LLC
1133 Louisiana Avenue #114
Winter Park, FL 32789

## ** DETERMINATION OF NO HAZARD TO AIR NAVIGATION **

The Federal Aviation Administration has conducted an aeronautical study under the provisions of 49 U.S.C.,
Section 44718 and if applicable Title 14 of the Code of Federal Regulations, part 77, concerning:

|            |                                      |
|------------|--------------------------------------|
| Structure: | Antenna Tower AT148 (55534)          |
| Location:  | Jacksonville, FL                     |
| Latitude:  | 30-05-53.16N NAD 83                  |
| Longitude: | 81-37-34.48W                         |
| Heights:   | 150 feet above ground level (AGL)    |
|            | 165 feet above mean sea level (AMSL) |

This aeronautical study revealed that the structure does not exceed obstruction standards and would not be a
hazard to air navigation provided the following condition(s), if any, is(are) met:

Based on this evaluation, marking and lighting are not necessary for aviation safety. However, if marking
and/or lighting are accomplished on a voluntary basis, we recommend it be installed and maintained in
accordance with FAA Advisory circular 70/7460-1 K Change 2.

This determination is based, in part, on the foregoing description which includes specific coordinates, heights,
frequency(ies) and power. Any changes in coordinates, heights, and frequencies or use of greater power will
void this determination. Any future construction or alteration, including increase to heights, power, or the
addition of other transmitters, requires separate notice to the FAA.

This determination does include temporary construction equipment such as cranes, derricks, etc., which may be
used during actual construction of the structure. However, this equipment shall not exceed the overall heights as
indicated above. Equipment which has a height greater than the studied structure requires separate notice to the
FAA.

This determination concerns the effect of this structure on the safe and efficient use of navigable airspace
by aircraft and does not relieve the sponsor of compliance responsibilities relating to any law, ordinance, or
regulation of any Federal, State, or local government body.

A copy of this determination will be forwarded to the Federal Communications Commission if the structure is
subject to their licensing authority.

If we can be of further assistance, please contact our office at (718) 553-4542. On any future correspondence concerning this matter, please refer to Aeronautical Study Number 2008-ASO-2181-OE.

**Signature Control No: 572153-102160900**                                             (DNE)
Katie Venticinque
Technician

Attachment(s)
Frequency Data

### Frequency Data for ASN 2008-ASO-2181-OE

| LOW FREQUENCY | HIGH FREQUENCY | FREQUENCY UNIT | ERP | ERP UNIT |
|---|---|---|---|---|
| 806 | 824 | MHz | 500 | W |
| 824 | 849 | MHz | 500 | W |
| 851 | 866 | MHz | 500 | W |
| 869 | 894 | MHz | 500 | W |
| 896 | 901 | MHz | 500 | W |
| 901 | 902 | MHz | 7 | W |
| 930 | 931 | MHz | 3500 | W |
| 931 | 932 | MHz | 3500 | W |
| 932 | 932.5 | MHz | 17 | dBW |
| 935 | 940 | MHz | 1000 | W |
| 940 | 941 | MHz | 3500 | W |
| 1850 | 1910 | MHz | 1640 | W |
| 1930 | 1990 | MHz | 1640 | W |
| 2305 | 2310 | MHz | 2000 | W |
| 2345 | 2360 | MHz | 2000 | W |





Zentz Gregory L Etvir
Lean Sharon G
1233 Morning Dove Ct
Jacksonville, FL 32259
15/18-89 fruit cove woods
unit II lot 11 OR993/1040

Colon Angela D, Lawrence M
1221 Morning Dove Ct
Jacksonville, FL 32259
15/87-89 fruit cove woods
unit II lot 10 OR1455/1163

Toth Lori Marie
1218 Morning Dove Ct
Jacksonville, FL 32259
15/87-89 fruit cove woods
unit II lot 9 OR1573/1467 & 1805/1381

Gable David
1230 Morning Dove Ct
Jacksonville, FL 32259
15/87-89 fruit cove woods
unit II lot 8 OR990/611 & 1389/162(Q/C)

Damon David L, Betty J
1240 Morning Dove Ct
Jacksonville, FL 32259
15/87-89 fruit cove woods
unit II lot 7 OR750/4

Habhegger Thomas R, Tina Marie
738 Abby Mist Dr
Jacksonville, FL 32259
15/87-89 fruit cove woods
unit II lot 6 OR936/913

Stone Douglas P, Julie A
1265 White Ibis Ct
Jacksonville, FL 32259
15/87-89 fruit cove woods
unit II lot 5 OR3011/549

Greene Timothy P, Debora A
1595 Pitch Pine Ave
Jacksonville, FL 32259
15/87-89 fruit cove woods
unit II lot 13 OR1404/1249

Travis Jeffrey M Etal
Espinosa Debbie P
1585 Pitch Pine Ave
Jacksonville, FL 32259
15/87-89 fruit cove woods
unit II lot 12 OR1440/121

Ellis Thomas J, Ruby N
1275 White Ibis Ct
Jacksonville, FL 32259
15/87-89 fruit cove woods
unit II lot 4 OR1181/1083

Atwood Carol J
1610 Pitch Pine Ave
Jacksonville, FL 32259
15/87-89 fruit cove woods
unit II lot 61 OR762/912

Jacobsen Richard K, Susan E
1590 Pitch Pine Ave
Jacksonville, FL 32259
15/87-89 fruit cove woods
unit II lot 62 OR2775/133

Rekau Dale A, Karen W
1580 Pitch Pine Ave
Jacksonville, FL 32259
15/87-89 fruit cove woods
unit II lot 63 OR2159/160

Danson John R, Joann
1570 Pitch Pine Ave
Jacksonville, FL 32259
15/87-89 fruit cove woods
unit II lot 64 OR1748/1220

Romani Robert S, Teresa A
1280 White Ibis Ct
Jacksonville, FL 32259
15/87-89 fruit cove woods
unit II lot 3 OR705/1011 & 1145/1324


Terhune Theresa T
1290 White Ibis Ct
Jacksonville, FL 32259
15/87-89 fruit cove woods
unit II lot2 OR686/1468 & 759/817(Q/C) & 2824/445(F/J)


Fla Dept of Transportation
1109 S Marion Ave
Mail Station 2020
Lake City, FL 32025
1 pt secs 42 & 38 lying E of SR 13 N of fruit cove woods
tract b W of fruit cove woods ut 2 & S of OR885/1293 – 310ft
on SR13 X 350ft more or less OR1540/746(order of taking-parcel 104)


Cone Joseph W, Edna L
1517 Fruit Cove Woods Dr
Jacksonville, FL 32259
13-96 fruit cove woods E1/2 of tract b OR705/29


Gherezhiher Gherebrehan Etux
Tesfai Nighisti
1501 Fruit Cove Woods Dr
Jacksonville, FL 32259
13-96 fruit cove woods E1/2 of tract b OR2965/431


Henrotte Richard J Etal
Somolik Robert Lee
1194 Eagle Bluff Ln
Jacksonville, FL 32259
1-7 PT of secs 42 lying E of SR13 & S of lot 23
cunninghm creek MB 15 pg 76 OR1666/1010
15/76-79 cunningham creek lot 23 OR676/1846(Q/C)
&683/1542 & 1125/238 & 1664/578(Q/C)

Fruit Cove LTD
% Brookwood Properties Inc
14875 Plumosa Dr
Jacksonville Beach, FL 32250
1-A pt of secs 42 & 38 lying E of SR13 – 100ft on SR13 X 3500
ft more or less (ex any pt in cunningham creek units 3 & 4 & unit 3 replat)
(ex pt in OR1666/1010)- pt of SJRWMD easement OR402/31 & 1042/62(Q/C)

Deckman George E, Marilyn B
1221 Creekwood Way S
Jacksonville, FL 32259
26/70-73 Gates at cunningman
creek lot 6 OR1065/757

Heinrich Joyce, Lawrence P
1216 Creekwood Way S
Jacksonville, FL 32259
26/70-73 Gates at cunningman
creek lot 8 OR1076/1584 &1995/709(Q/C)

Sears Steven T, Linda L
1125 Kingsland Ct
Jacksonville, FL 32259
31/62-69 river oaks plantation
unit 3 lot 58 OR1378/1309

Moran John D Jr, Nicole L
1117 Kingsland Ct
Jacksonville, FL 32259
31/62-69 river oaks plantation
unit 3 lot 56 OR2126/389 &2286/1394(Q/C)

Pfeiffer John K, Michele N
1555 Pitch Pine Ave
Jacksonville, FL 32259
15/87-89 fruit cove woods
unit II lot 1 OR1837/1746

Beeler James F, Ana E
Orantes Ana E
999 Ravine Rd N
Jacksonville, FL 32259
13-96  fruit cove woods lot 1
13-97  BLK 2 OR595/649 & 674/819(Q/C)

Williams Wayne
1220 Creekwood Way S
Jacksonville, FL 32259
26/70-73 Gates at cunningman
creek lot 7 OR2831/1893 &3069/1042(D/C)

Burdett Ellen L
1217 Creekwood Way S
Jacksonville, FL 32259
26/70-73 Gates at cunningman
creek lot 5 OR1052/1380 &2763/1340(Q/C)

Kingston Nels A, Susan C
1409 Sherbrooke Ct
Jacksonville, FL 32259
29/11-18 river oaks plantation
unit 2 lot 53 OR2784/545

Allmond James E, Virginia S
1137 Kingsland Ct
Jacksonville, FL 32259
31/62-69 river oaks plantation
unit 3 lot 61 OR1465/834

Goshorn Craig A, Michelle L
1133 Kings land Ct
Jacksonville, FL 32259
31/62-69 river oaks plantation
unit 3 lot 60 OR1690/1301

Walters Rober E, Valerie A
1129 Kingsland Ct
Jacksonville, FL 32259
31/62-69 river oaks plantation
unit 3 lot 59 OR1799/1569

Fenchel Richard C, Donna A
1121 Kingsland Ct
Jacksonville, FL 32259
31/62-69 river oaks plantation
unit 3 lot 57 OR2745/1

Neblett Christopher B, Lisa M
1180 Eagle Bluff Ln
Jacksonville, FL 32259
15/76-79 cunningham creek lot 22 OR1521/1325

Elliot Frederick J, Diane E
1141 Kingsland Ct
Jacksonville, FL 32259
31/62-69 river oaks plantation
unit 3 lot 62 OR1243/1271

Von Nieda Todd C, Tammy L
1140 Kingsland Ct
Jacksonville, FL 32259
31/62-69 river oaks plantation
unit 3 lot 63 OR1837/1504

Meizinger Robert J, Velia V
1136 Kingsland Ct
Jacksonville, FL 32259
31/62-69 river oaks plantation
unit 3 lot 64 OR1400/954 &1454/1560(PA)

Alfano Jayme G, Judith A
1132 Kingsland Ct
Jacksonville, FL 32259
31/62-69 river oaks plantation
unit 3 lot 65 OR1672/1591

Day John W, Christina
1124 Kingsland Ct
Jacksonville, FL 32259
31/62-69 river oaks plantation
unit 3 lott 66 OR1432/322

Newton Steve R, Ellen M
1116 Kingsland Ct
Jacksonville, FL 32259
31/62-69 river oaks plantation
unit 3 lot 67 OR1371/992

Reichert Amy, Damien
1105 Avondale Pl
Jacksonville, FL 32259
28/29-36 river oaks plantation
unit 1 replat lot 47 OR1981/1864

Pegram Stephen C, Connie W
1104 Avondale Pl
Jacksonville, FL 32259
28/29-36 river oaks plantation
unit 1 replat lot 46 OR1266/1382

Site ID: AT148-Fruit Cove

# SITE LEASE AGREEMENT

This Site Lease Agreement ("Agreement") is entered into this ___9___ day of ___MAY___, 2008, between The Episcopal Church in the Diocese of Florida, Inc, a Florida non-profit corporation ("Lessor") and Anchor Tower, LLC, a Florida limited liability company ("Lessee").

For good and valuable consideration, the receipt and sufficiency of which is hereby acknowledged, the parties hereto agree as follows:

**1. Premises and Use.** Lessor is the owner of a parcel of land (the "Land") located at 1221 North State Road 13, Jacksonville, St. Johns County, FL 32259, Parcel ID: 010530 0060. The Land is more particularly described in **Exhibit A** annexed hereto. Lessor leases to Lessee and Lessee leases from Lessor, land consisting of approximately 5,625 square feet (the "Site") in the location shown on **Exhibit B** annexed hereto, together with a non-exclusive easement for reasonable access and utilities. The Site will be used by Lessee for the purpose of installing, removing, replacing, modifying, maintaining and operating, at its expense, a communications tower facility, including, without limitation, antenna equipment, cable wiring, back-up power sources (including generators, fuel storage tanks and temporary antenna structures), related fixtures and antenna structure (the "Facilities"). A depiction of said antenna structure is shown on **Exhibit C** annexed hereto. Lessee will use the Site in a manner which will not unreasonably disturb the occupancy of Lessor's other tenants. Lessee will have access to the Site 24 hours per day, 7 days per week. Lessor will have the right to relocate Lessee's access and/or utility easement or any portion thereof, to an alternate location on the Land; provided, however, that the relocation will: (a) be at Lessor's sole cost and expense; (b) be performed exclusively by Lessor, to a condition equal or better than the existing access and/or utility easement; (c) not result in any interruption of Lessee's access and/or utilities to the Site; and d) not impair, interrupt or in any manner alter the quality of communications service provided from the Site.

**2. Term.** The term of this Agreement (the "Initial Term") is 5 years, commencing on the date ("Commencement Date") both Lessee and Lessor have executed this Agreement. This Agreement will be automatically renewed for 4 additional terms (each a "Renewal Term") of 5 years each, unless Lessee provides Lessor notice of intention not to renew, not less than 90 days prior to the expiration of the Initial Term or any Renewal Term.

**3. Rent.** Rent will be paid in equal monthly installments of $1,300.00 (until increased as set forth herein), commencing upon the earlier of; the 1st day of the month immediately following the start of construction by Lessee or 180 days from full execution of this Agreement. As additional rent, Lessee will pay Owner $650.00 per month for each sublessee, beginning with the third, that collocates at the Site. Rent for each Renewal Term will be the rent in effect for the prior Initial Term or Renewal Term, as the case may be, increased by fifteen (15%) percent. Lessee will pay Lessor a one-time fee of $10,000.00 upon receipt of its building permit for the Site from St. Johns County, due within thirty (30) days of such approval.

**4. Title and Quiet Possession.** Lessor represents and agrees (a) that it is the Owner of the Site; (b) that it has the right to enter into this Agreement; (c) that the person signing this Agreement has the authority to sign; (d) that Lessee is entitled to access to the Site at all times and to the quiet possession of the Site throughout the Initial Term and each Renewal Term so long as Lessee is not in default beyond the expiration of any cure period; and (e) that Lessor shall not have unsupervised access to the Site or to the Facilities.

**5. Assignment/Subletting.** Lessee shall have the right to sublease or assign its rights under this Agreement without notice to or consent of Lessor, subject to assignee assuming all of Lessee's obligations herein.

**6. Notices.** All notices must be in writing and are effective only when deposited in the U.S. mail, certified and postage prepaid, or when sent via overnight delivery. Notices to Lessee are to be sent to: Anchor Tower, LLC, 1133 Louisiana Avenue, #114, Winter Park, FL 32789. Notices to Lessor must be sent to the address shown underneath Lessor's signature.

**7. Improvements.** Lessee may, at its expense, make such improvements on the Site, as it deems necessary from time to time for the operation of the Facilities. Lessor agrees to cooperate with Lessee with respect to obtaining any required zoning approvals for the Site and such improvements. Upon termination or expiration of this Agreement, Lessee will remove its equipment and improvements and will restore the Site to substantially the condition existing on the Commencement Date, except for ordinary wear and tear and casualty loss. Lessor shall not be responsible for any improvements or additions made by Lessee to the Site. Any and all improvements shall

Site ID: AT148-Fruit Cove

be at the sole expense and obligation of Lessee.  No lien shall attach to the Site for any improvement or addition made by Lessee.

**8. Compliance with Laws.**  Lessor represents that Lessor's Land (including the Site), and all improvements located thereon, are in substantial compliance with building, life/safety, disability and other laws, codes and regulations of applicable governmental authorities.  Lessee will substantially comply with all applicable laws relating to its possession and use of the Site.

**9. Interference.**  Lessee will resolve technical interference problems with other equipment located at the Site on the Commencement Date or any equipment that becomes attached to the Site at any future date when Lessee desires to add additional equipment to the Site.  Likewise, Lessor will not permit or suffer the installation of any future equipment which (a) results in technical interference problems with Lessee's then existing equipment or (b) encroaches onto the Site.

**10. Utilities.**  Lessee will pay for all utilities used by it at the Site.  Lessor will cooperate with Lessee in Lessee's efforts to obtain utilities from any location provided by Lessor or the servicing utility, including signing any easement or other instrument reasonably required by the utility company.

**11. Termination.**  Lessee may terminate this Agreement at any time by notice to Lessor without further liability if Lessee does not obtain all permits or other approvals (collectively, "approval") required from any governmental authority or any easements required from any third party to operate the Facilities, or if any such approval is canceled, expires or is withdrawn or terminated, or if Lessor fails to have proper ownership of the Site or authority to enter into this Agreement, or if Lessee, for any other reason, in its sole discretion, determines that it will be unable to use the Site.  Upon termination, all prepaid rent will be retained by Lessor, unless such termination is due to Lessor's failure of proper ownership or authority, or such termination is a result of Lessor's default.

**12. Default.**  If either party is in default under this Agreement for a period of (a) 15 days following receipt of notice from the non-defaulting party with respect to a default which may be cured solely by the payment of money, or (b) 30 days following receipt of notice from the non-defaulting party with respect to a default which may not be cured solely by the payment of money, then, in either event, the non-defaulting party may pursue any remedies available to it against the defaulting party under applicable law, including, but not limited to, the right to terminate this Agreement.  If the non-monetary default may not reasonably be cured within a 30-day period, this Agreement may not be terminated if the defaulting party commences action to cure the default within such 30-day period and proceeds with due diligence to fully cure the default.

**13. Indemnity.**  Lessor and Lessee each indemnifies the other against and holds the other harmless from any and all costs (including reasonable attorneys' fees) and claims of liability or loss (including, but not limited to, 3rd party claims, claims of liens, and environmental or contamination claims) which arise out of the ownership, use and/or occupancy of the Site by the indemnifying party.  This indemnity does not apply to any claims arising from the sole negligence or intentional misconduct of the indemnified party.  The indemnity obligations under this Paragraph will survive termination of this Agreement.

**14. Hazardous Substances.**  Lessor represents that it has no knowledge of any substance, chemical or waste (collectively, "substance") on the Site that is identified as hazardous, toxic or dangerous in any applicable federal, state or local law or regulation.  Lessee will not introduce or use any such substance on the Site in violation of any applicable law.

**15. Subordination and Non-Disturbance.**  This Agreement is subordinate to any mortgage or deed of trust now of record against the Site.  However, promptly after the Agreement is fully executed, Lessor will use diligent efforts to obtain a non-disturbance agreement reasonably acceptable to Lessee from the holder of any such mortgage or deed of trust.  Lessee agrees to subordinate its interest in the Site to any future mortgage of Lessor, provided, however, that Lessee's rights and obligations, including but not limited to Lessee's right to extend the term of this Agreement, are hereby preserved and shall not be disturbed, and that the mortgage does not encumber Lessee's leasehold interest or the Facilities defined herein.

**16. Taxes.**  Lessee will be responsible for payment of all personal property taxes assessed directly upon and arising solely from its use of the Site.  Lessee will pay to Lessor any increase in real property taxes or ad valorem taxes attributable solely to any improvements to the Site made by Lessee within 60 days after receipt of satisfactory documentation indicating calculation of Lessee share of such real estate taxes and payment of the real estate taxes by Lessor.  Lessor will pay when due any or all other real estate taxes and assessments attributable to the Land, on which the Site is located.  Lessor is a non-profit corporation and is exempt from real estate taxes, consequently should Lessor lose its non-taxable status with St. Johns County due to the installation of the Facilities, and St.

Site ID: AT148-Fruit Cove

Johns County imposes ad valorem taxes on Lessor, Lessee shall pay all ad valorem taxes assessed by St. Johns County against the Land.

**17. Insurance.** Lessee will procure and maintain commercial general liability insurance, with limits of not less than $1,000,000 combined single limit per occurrence for bodily injury and property damage liability, with a certificate of insurance to be furnished to Lessor within 30 days of written request. Such policy will provide that cancellation will not occur without at least 15 days prior written notice to Lessor. Each party hereby waives its right of recovery against the other for any loss or damage covered by any insurance policies maintained by the waiving party. Each party will cause each insurance policy obtained by it to provide that the insurance company waives all rights of recovery against the other party in connection with any damage covered by such policy.

**18. Maintenance.** Lessee will be responsible for repairing and maintaining the Facilities and any other improvements installed by Lessee at the Site in a proper operating and reasonably safe condition; provided, however if any such repair or maintenance is required due to the acts of Lessor, its agents or employees, Lessor shall reimburse Lessee for the reasonable costs incurred by Lessee to restore the damaged areas to the condition which existed immediately prior thereto. Lessor will maintain and repair all other portions of the Land, on which the Site is located, in a proper operating and reasonably safe condition.

**19. Miscellaneous.** (a) This Agreement applies to and binds the heirs, successors, executors, administrators and assigns of the parties to this Agreement; (b) this Agreement is governed by the laws of the state in which the Site is located; (c) If requested by Lessee, Lessor agrees promptly to execute and deliver to Lessee a recordable Memorandum of this Agreement in the form of **Exhibit D**; (d) this Agreement (including the Exhibits) constitutes the entire agreement between the parties and supersedes all prior written and verbal agreements, representations, promises or understandings between the parties. Any amendments to this Agreement must be in writing and executed by both parties; (e) if any provision of this Agreement is invalid or unenforceable with respect to any party, the remainder of this Agreement or the application of such provision to persons other than those as to whom it is held invalid or unenforceable, will not be affected and each provision of this Agreement will be valid and enforceable to the fullest extent permitted by law; and (f) the prevailing party in any action or proceeding in court or mutually agreed upon arbitration proceeding to enforce the terms of this Agreement is entitled to receive its reasonable attorneys' fees and other reasonable enforcement costs and expenses from the non-prevailing party.

**20. Non-Binding Until Fully Executed.** This Agreement is for discussion purposes only and does not constitute a formal offer by either party. This Agreement is not and shall not be binding on either party until and unless it is fully executed by both parties.

(Signature Page to Follow)

Site ID:  AT148-Fruit Cove

IN WITNESS WHEREOF, the parties have executed this Agreement as of the first date below.

**Lessor:**

The Episcopal Church in the Diocese of Florida, Inc, a Florida non-profit corporation

By:
Name:   Samuel Johnson Howard
Title:   Bishop + President
Address: 1221 North State Road 13, Jacksonville, FL 32259

Date:   5/8/8

Witness:   Vickie A Haskew
Print Name:   Vickie A. Haskew
Witness:   Darby W. Edwards
Print Name:   Darby W. Edwards

**Lessee:**

Anchor Tower, LLC, a Florida limited liability company

By:
Name:   Timothy O'Shaughnessy
Title:   Manager
Address: 1133 Louisiana Avenue, #114, Winter Park, FL 32789

Date:   5/9/08

Witness:
Print Name:   VAL KAZIA
Witness:
Print Name:   GARTH ASHPAUGH

Attach:
Exhibit A – Description of Land
Exhibit B – Description of Site
Exhibit C – Description of Antenna Structure
Exhibit D – Memorandum of Site Lease Agreement

Site ID: AT148-Fruit Cove

# EXHIBIT A

## Description of Land

Land situated in the County of St Johns, State of Florida, commonly described as follows:

PARENT TRACT (OR BK 885, PG 1293, ST. JOHNS COUNTY, FLORIDA)
THAT CERTAIN TRACT OR PARCEL OF LAND BEING A PORTION OF THE WILLIAM HARVEY GRANT, SECTION 38 AND THE R. PENGREE GRANT, SECTION 42, BOTH IN TOWNSHIP 5 SOUTH, RANGE 27 EAST, ST. JOHNS COUNTY, FLORIDA, BEING MORE PARTICULARLY DESCRIBED AS COMMENCING AT THE NORTHWEST CORNER OF TRACT B, FRUIT COVE WOODS, AS RECORDED IN MAP BOOK 13, PAGE 96 OF THE PUBLIC RECORDS OF SAID COUNTY, THE SAME BEING SITUATED IN THE EASTERLY RIGHT-OF-WAY LINE OF STATE ROAD NO. 13 (A 100 FOOT RIGHT-OF-WAY); THENCE N03°49'00"E, ALONG THE EASTERLY RIGHT-OF-WAY LINE OF SAID STATE ROAD NO. 13, 310.00 FEET TO A POINT OF BEGINNING; THENCE CONTINUE N03°49'00"E, ALONG SAID RIGHT-OF-WAY LINE, 350.00 FEET TO THE SOUTHERLY RIGHT-OF-WAY LINE OF A PROPOSED 100 FOOT ROADWAY; THENCE S86°11'00"E, ALONG SAID PROPOSED RIGHT-OF-WAY LINE, 176.43 FEET; THENCE ALONG A CURVE TO THE LEFT IN SAID RIGHT-OF-WAY LINE, SAID CURVE HAVING A RADIUS OF 1687.02 FEET, A DISTANCE OF 366.83 FEET, AS MEASURED ALONG A CHORD BEARING N87°47'30"E TO A POINT OF TANGENCY; THENCE CONTINUE ALONG SAID PROPOSED SOUTHERLY RIGHT-OF-WAY LINE, N81°20'00"E, 60.34 FEET; THENCE S03°49'00"W AND PARALLEL WITH THE EASTERLY RIGHT-OF-WAY LINE OF SAID STATE ROAD NO. 13, 402.93 FEET; THENCE N86°11'00"W, 600.00 FEET TO THE POINT OF BEGINNING.



Site ID: AT148-Fruit Cove

**EXHIBIT B**

**(Page 1 of 2)**

**Description of Site**

Site situated in the County of St. Johns, State of Florida, commonly described as follows:

TOWER LEASE PARCEL
A PARCEL OF LAND BEING A PORTION OF THE WILLIAM HARVEY GRANT, SECTION 38 AND THE R. PENGREE GRANT, SECTION 42, BOTH IN TOWNSHIP 5 SOUTH, RANGE 27 EAST, ST. JOHNS COUNTY, FLORIDA, SAID PARCEL BEING MORE PARTICULARLY DESCRIBED AS FOLLOWS: COMMENCE AT THE NORTHWEST CORNER OF TRACT B, FRUIT COVE WOODS, AS RECORDED IN MAP BOOK 13, PAGE 96 OF THE PUBLIC RECORDS OF ST. JOHNS COUNTY; THENCE ON AN ASSUMED BEARING OF N03°49'00"E ALONG THE EAST RIGHT-OF-WAY LINE OF STATE ROAD NO. 13 A DISTANCE OF 310.00 FEET; THENCE S86°11'00"E A DISTANCE OF 293.75 FEET; THENCE N03°49'00"E A DISTANCE OF 283.70 FEET TO THE POINT OF BEGINNING; THENCE CONTINUE N03°49'00"E A DISTANCE OF 50.00 FEET; THENCE S86°11'00"E A DISTANCE OF 112.50 FEET; THENCE S03°49'00"W A DISTANCE OF 50.00 FEET; THENCE N86°11'00"W A DISTANCE OF 112.50 FEET TO THE POINT OF BEGINNING; SAID PARCEL OF LAND SITUATE WITHIN ST. JOHNS COUNTY, FLORIDA CONTAINING 5,625.00 SQUARE FEET MORE OR LESS.

NON-EXCLUSIVE ACCESS & UTILITY EASEMENT
A PARCEL OF LAND BEING A PORTION OF THE WILLIAM HARVEY GRANT, SECTION 38 AND THE R. PENGREE GRANT, SECTION 42, BOTH IN TOWNSHIP 5 SOUTH, RANGE 27 EAST, ST. JOHNS COUNTY, FLORIDA, SAID PARCEL BEING MORE PARTICULARLY DESCRIBED AS FOLLOWS: COMMENCE AT THE NORTHWEST CORNER OF TRACT B, FRUIT COVE WOODS, AS RECORDED IN MAP BOOK 13, PAGE 96 OF THE PUBLIC RECORDS OF ST. JOHNS COUNTY; THENCE ON AN ASSUMED BEARING OF N03°49'00"E ALONG THE EAST RIGHT-OF-WAY LINE OF STATE ROAD NO. 13 A DISTANCE OF 310.00 FEET; THENCE S86°11'00"E A DISTANCE OF 293.75 FEET; THENCE N03°49'00"E A DISTANCE OF 283.70 FEET TO THE POINT OF BEGINNING; THENCE N86°11'00"W A DISTANCE OF 20.00 FEET; THENCE N03°49'00"E A DISTANCE OF 46.30 FEET; THENCE N86°11'00"W A DISTANCE OF 203.75 FEET; THENCE S03°49'00"W A DISTANCE OF 185.00 FEET; THENCE N86°11'00"W A DISTANCE OF 70.00 FEET TO A POINT ON THE EAST RIGHT-OF-WAY LINE OF SAID STATE ROAD NO. 13; THENCE N03°49'00"E ALONG SAID EAST RIGHT-OF-WAY LINE, A DISTANCE OF 20.00 FEET; THENCE S86°11'00"E A DISTANCE OF 50.00 FEET; THENCE N03°49'00"E A DISTANCE OF 165.00 FEET; THENCE N86°11'00"W A DISTANCE OF 50.00 FEET TO A POINT ON THE EAST RIGHT-OF-WAY LINE OF SAID STATE ROAD NO. 13; THENCE N03°49'00"E ALONG SAID EAST RIGHT-OF-WAY LINE, A DISTANCE OF 20.00 FEET; THENCE S86°11'00"E A DISTANCE OF 293.75 FEET; THENCE S03°49'00"W A DISTANCE OF 66.30 FEET TO THE POINT OF BEGINNING; SAID PARCEL OF LAND SITUATE WITHIN ST. JOHNS COUNTY, FLORIDA CONTAINING 11,501.00 SQUARE FEET MORE OR LESS.

TOWER FALL ZONE EASEMENT
A PARCEL OF LAND BEING A PORTION OF THE WILLIAM HARVEY GRANT, SECTION 38 AND THE R. PENGREE GRANT, SECTION 42, BOTH IN TOWNSHIP 5 SOUTH, RANGE 27 EAST, ST. JOHNS COUNTY, FLORIDA, SAID PARCEL BEING MORE PARTICULARLY DESCRIBED AS FOLLOWS: COMMENCE AT THE NORTHWEST CORNER OF TRACT B, FRUIT COVE WOODS, AS RECORDED IN MAP BOOK 13, PAGE 96 OF THE PUBLIC RECORDS OF ST. JOHNS COUNTY; THENCE ON AN ASSUMED BEARING OF N03°49'00"E ALONG THE EAST RIGHT-OF-WAY LINE OF STATE ROAD NO. 13 A DISTANCE OF 310.00 FEET; THENCE S86°11'00"E A DISTANCE OF 350.00 FEET; THENCE N03°49'00"E A DISTANCE OF 308.70 FEET TO THE RADIUS POINT OF A CIRCULAR EASEMENT HAVING A RADIUS OF 50.00 FEET; SAID PARCEL OF LAND SITUATE WITHIN ST. JOHNS COUNTY, FLORIDA CONTAINING 7,853.98 SQUARE FEET MORE OR LESS.

Site ID: AT148-Fruit Cove

**EXHIBIT B**

(Page 2 of 2)

**Description of Site**

Site situated in the County of St. Johns, State of Florida, commonly described as follows:



Site ID: AT148-Fruit Cove

**EXHIBIT D**

<u>Prepared by, return to:</u>
Anchor Tower, LLC
1133 Louisiana Avenue, #114
Winter Park, FL 32789

**MEMORANDUM OF SITE LEASE AGREEMENT**

This Memorandum of Site Lease Agreement ("Memorandum") is entered into between The Episcopal Church in the Diocese of Florida, Inc, a Florida non-profit corporation ("Lessor") and Anchor Tower, LLC, a Florida limited liability company ("Lessee"). Lessor and Lessee entered into a Site Lease Agreement ("Agreement") on _____ _____, 2008, for the purpose of installing, operating and maintaining a communications tower facility and other improvements. All of the foregoing are set forth in the Agreement.

Such Agreement provides in part that Lessor is the owner of a parcel of land ("the Land") located in the County of St Johns, State of Florida, which is described in **Exhibit A** attached hereto, and Lessor leases to Lessee a certain site located within the Land (the "Site"), together with grant of easement for access and utilities which is described in **Exhibit B** attached hereto. The term of the Agreement is for 5 years commencing on _____, 2008, which term is subject to 4 additional 5 year extension periods by Lessee.

IN WITNESS WHEREOF, the parties have executed this Memorandum as of the last date set forth below.

**Lessor:**

The Episcopal Church in the Diocese of Florida, Inc, a Florida non-profit corporation

By: _____
Name: _____
Title: _____
Address: 1221 North State Road 13, Jacksonville, FL 32259

Date: _____

Witness: _____

Print Name: _____

Witness: _____

Print Name: _____

**Lessee:**

Anchor Tower, LLC, a Florida limited liability company

By: _____
Name:  Timothy O'Shaughnessy
Title:  Manager
Address: 1133 Louisiana Avenue, #114, Winter Park, FL 32789

Date: _____

Witness: _____

Print Name: _____

Witness: _____

Print Name: _____

<u>Attach:</u>
Exhibit A – Description of Land
Exhibit B – Description of Site

Site ID: AT148-Fruit Cove

## EXHIBIT C

### Description of Antenna Structure

Site situated in the County of St. Johns, State of Florida, commonly described as follows:



RECORD (instrument was prepared by:)
EDWARD L. KELLY of
ULMER, MURCHISON, ASHBY, TAYLOR & CORRIGAN
P. O. BOX 479
1600 FIRST UNION BUILDING
JACKSONVILLE, FLORIDA 32202

**QUIT CLAIM DEED**

91  4470

**O.R. 885 PG 1293**

THIS **QUIT CLAIM DEED**, made this 21st day of January, 1991, by **FRUIT COVE, LTD.**, a Florida limited partnership, organized and existing under the laws of the State of Florida (hereinafter called "GRANTOR"), to **THE EPISCOPAL CHURCH IN THE DIOCESE OF FLORIDA, INC.**, (hereinafter called "GRANTEE"), whose post office address is 325 Market Street, Jacksonville, Florida 32202.

(Wherever used herein the terms "GRANTOR" and "GRANTEE" include all parties to this instrument and the heirs, legal representatives and assigns of individuals, and the successors and assigns of corporation).

WITNESSETH: That the GRANTOR, for and in consideration of the sum of Ten and No/100 Dollars ($10.00), and other valuable consideration, receipt whereof is hereby acknowledged, by these presents does remise, release and quit-claim unto the GRANTEE, all that certain land situate in the County of St. Johns, State of Florida, described as follows:

SEE EXHIBIT "A" ATTACHED HERETO AND MADE A PART HEREOF

THIS DEED IS GIVEN SOLELY TO CORRECT A SCRIVENER'S ERROR IN THE LEGAL DESCRIPTION CONTAINED IN THAT CERTAIN WARRANTY DEED FROM THE FIRST PARTY TO THE SECOND PARTY, DATED JUNE 24, 1983, RECORDED IN OFFICIAL RECORDS BOOK 591, PAGE 521, OF THE PUBLIC RECORDS OF ST. JOHNS COUNTY, FLORIDA.

TO HAVE AND TO HOLD the same together with all and singular the appurtenances thereunder belonging or in anywise appertaining, and all the estate, right, title, interest, lien, equity and claim whatsoever of the said GRANTOR, either in law or equity, to the only proper use and benefit of the said GRANTEE, forever.

IN WITNESS WHEREOF, the GRANTOR has caused this quit claim deed to be executed and affixed its seal the day and year first above written.

Signed, sealed and delivered
in the presence of:

FRUIT COVE, LTD., a Florida
limited partnership

By Brookwood Properties, Inc.,
a Florida corporation, as
general partner

By: _____
Its Vice President

STATE OF FLORIDA
COUNTY OF DUVAL

The foregoing instrument was acknowledged before me this 21st day of January, 1990, by THOMAS C. TURNER, the Vice President of Brookwood Properties, Inc., a Florida corporation, as general partner of Fruit Cove, Ltd., a limited partnership under the laws of the State of Florida.

_____
Notary Public, State of Florida
My Commission Expires:

NOTARY PUBLIC STATE OF FLORIDA
My Commission Expires Feb. 18, 1993

Documentary Tax Pd. $ _____ .55
$ _____ Intangible Tax Pd.
Carl "Bud" Markel, Clerk St. Johns
County By: _____ D.C.
F:\USERS\ELK\FRM\FORM.QCD

**EXHIBIT "A"**          O.R. 885 PG 1294

That certain tract or parcel of land being a portion of the William
Harvey Grant, Section 38 and the R. Pengree Grant, Section 42, both
in Township 5 South, Range 27 East, St. Johns County, Florida,
being more particularly described as commencing at the Northwest
corner of Tract B, Fruit Cove Woods, as recorded in Map Book 13,
page 96 of the public records of said county, the same being
situated in the Easterly right of way line of State Road No. 1 (a
100 foot right of way); thence North 3°49' East, along the Easterly
right of way line of said State Road No. 13, 310.00 feet to a point
of beginning; thence continue North 3°49' East, along said right of
way line, 350.00 feet to the Southerly right of way line of a
proposed 100 foot roadway; thence South 86°11' East, along said
proposed right of way line 176.43 feet; thence along a curve to the
left in said right of way line, said curve having a radius of
1687.02 feet, a distance of 366.83 feet, as measured along a chord
bearing North 87°34'30" East to a point of tangency; thence
continue along said proposed Southerly right of way line North 81°
20' East, 60.34 feet; thence South 3°49' West and paralleled with
the Easterly right of way line of said State Road No. 13, 402.93
feet; thence North 86°11' West, 600 feet to the point of beginning.





I:\USERS\ELK\FRM\PCL.EXA



## Owner's Authorization For Agent

_Anchor Tower, Inc_ is hereby authorized TO ACT ON BEHALF OF
_the Episcopal church in the Diocese_, the owner(s) of those lands described within
_F Florida, Inc._ the attached application, and as described in the attached deed or other such
proof of ownership as may be required, in applying to St. Johns County, Florida,
for an application related to a Development Permit or other action pursuant to a:

- ☐ Rezoning / Modification
- ☐ Zoning Variance
- ☐ Appeal
- ☐ Concurrency

- ☐ Special Use Permit
- ☐ Non-Zoning Variance
- ☐ Overlay District Review
- ☐ Other

BY: _Patricia Daniel-Turk_
Signature of Owner

_Patricia Daniel-Turk_
Print Name

_____
Signature of Owner

_____
Print Name

_(904) 287-2807_
Telephone Number

State of Florida
County of St. Johns

Signed and sworn before me on this _6/11_ day of, 200_8_.

By _Patricia Daniel-Turk_

Identification verified: _known to me personally_

Oath sworn: _____ Yes     __✓__ No

_Joanne E. Blalock_
Notary Signature

My Commission expires: _6-14-2011_

JOANNE E. BLALOCK
Notary Public - State of Florida
My Commission Expires Jun 14, 2011
Commission # DD 540257
Bonded Through National Notary Assn.

Revised June 16, 2006                 32-11



















PA.AUG. 1. 2008  1:04PM PORT DEVELOPMENT SERVICES                    NO. 5470   P. 2/4ge 1 of 3

## TELECOMMUNICATION TOWERS
## ST. JOHNS COUNTY
## ZONING
## COMMENTS

Application Number: TOWER2008000001                    Submittal #: 1

Project Name: AT148/Fruit Cove @ St. Patrick's Episcopal Church

Applicant: Anchor Tower

**When design changes are made to subsequent submittals that are not the result of comments from a previous review, they must be brought to the attention of county staff. Failure to do so may result in additional submittals or possible delays during construction.**

**Notice: Please read staff comments carefully as they may individually cite to specific provisions in the law or local regulations denying your development permit as defined in Chapter 163.3164 and pursuant to Chapter 125.022, Florida Statutes.**

RECEIVED
SEP 1 1 2008
ZONING DEPARTMENT
ST. JOHNS COUNTY

## DEPARTMENTS

## GIS NEIGHBORHOOD BILL OF RIGHTS

Information Only:

At this time there is one Neighborhood Boundary (River Oaks Plantation Home Owners Association ) within 300 feet of this project.
Michael Campbell, GISP, 904.209.0778, mcampbell@sjcfl.us

## APPLICATION REVIEW MANAGER

Application reviewed and signed off.

## CONCURRENCY/TRANSPORTATION PLANNING

Information Only:

Request is not subject to concurrency pursuant to Section 11.00.02 of the Land Development Code.

Information Only:

Jan Trantham Transportation Planning/Concurrency 904-209-0611 904-209-0612 (fax) jtrantham@sjcfl.us

## PLANNING DIVISION

1. Policy A.2.1.3 requires new development within the Northwest Sector Overlay to provide a minimum 35' development edge along the perimeter of the development boundary. Parking, structures, storage areas, etc are not permitted within the development edge. Please clearly label and depict on the site plan. — Plans have been revised to show the 35' distance from the development edge for the lease area and the access easement. (Please see the attached survey for revision)

DEPA AUG. 1. 2008  1:04PM PORT DEVELOPMENT SERVICES                    NO. 5470   P. 5/4ge 2 of 3

Information Only:

Planning Division Reviewer: Michael Blackford, Planner II (904) 209-0593 mblackford@sjcfl.us

## ZONING PROGRAM

1. Land Development Code Section 6.08.12.H. states that the finished color of the tower shall have either galvanized or a dull blue or gray finish. Your application states it is to be white. Please revise. *The tower is a proposed cross. The white color is aesthetically pleasing and better suited for a cross than a dull blue or gray finish*

2. Land Development Code Section 6.08.12.V. states that "No Antenna Tower shall be built or erected within six hundred (600) feet of the center line of any designated Scenic Highway or Scenic Roadway without final approval of the Board of County Commissioners, after consideration and recommendation by the Planning and Zoning Agency."

Your application states that the tower will be 350' from the roadway of SR 13.

Upon recommendation of the Planning and Zoning Agency, this item will be scheduled for the next available Board of County Commissioner meeting. *As noted*

Information Only:

Zoning staff report will be prepared after a review of the application and site visit to determine compatibility. A copy of this report will be mailed to you in advance of the hearing. If you have any questions, please feel free to contact the reviewer: Marie Hobbs, Zoning Manager at 904-209-0662.

mhobbs@sjcfl.us

## DEVELOPMENT REVIEW TECHNICAL

Application reviewed and signed off.

## COUNTY UTILITY DEPARTMENT

Information Only:

Not in S.J.County Utility Department service area. No additional comments. Reviewed by: Melissa Caraway, SJCUD, 209-2606.

## FIRE SERVICES

Application reviewed and signed off.

## ENVIRONMENTAL HEALTH DEPARTMENT

Information Only:

No comment if project is served by sanitary sewer and public water and the request does not impact any proposed septic system. John W. Cochrane  823-2514 X 104  johnw_cochrane@doh.state.fl.us

## ENVIRONMENTAL PLANNING

1. Please provide documentation that a qualified scientist has assessed the site for the presence or potential occurrence of listed species and submit a map that identifies and locates any listed species and associated essential habitat currently or previously documented to exist within project boundaries. Further, the documentation should discuss the

DEPAAUG. 1. 2008s 1:05PMPOR? ?? LOPMENT SERVICES                    NO. 5470    1. 4/?ge 5 of 5

methodology as well as the findings of this assessment. (Section 4.01.08, Land Development Code)
A NEPA report has been ordered & will be provided to the County upon completion. Usually take
Information Only: approximately 90-120 days.

Reviewer's Name and Contact Information: Ryan Mauch -(904)209-0621 rmauch@sjcfl.us

## GIS DEPARTMENT

The address for the tower will be:

1217 State Road 13 N
Saint Johns, FL 32259

Please correct the address on all applicable pages of the plans. Address has been corrected on all
                                                                       applicable pages of the plans

Information Only:

Lisa Tillman, 904.827.6995, ltillman@sjcfl.us
Carlie Hulbert, 904.209.0804, chulbert@sjcfl.us

Information Only:

The address corrections may be red-lined.

## OFFICE OF COUNTY ATTORNEY

Please fully address each of the issues raised by staff, this office will then make further legal review and comment as
necessary.

Information Only:

*Reviewed by* Regina D. Ross, Asst. County Attorney; rross@sjcfl.us; 904.209.0805 (Office)

## BUILDING

Information Only:

- James Drummond 904-827-6832 jdrummond@sjcfl.us



231 N Kentucky Ave
Suite 2
Lakeland, FL 33801

863.603.4044
863.603.4645
foresitegroupinc.com

September 4, 2008

St. Johns County
4020 Lewis Speedway
St. Augustine, Florida 32084
(904) 209-0300

RE:   **Letter of Good Standing**

To Whom It May Concern:

I certify that I and my company, Foresite Group, Inc. are in good standing with the Florida Board of Professional Engineers and St. Johns County.

If you should have any questions regarding the letter, please contact me (863) 603-4044.

Sincerely,

09-04-08

Adrian D. Rozen, P.E. #57905

/dl



















# DYNAMIC
# ENVIRONMENTAL
# ASSOCIATES, INC.

### A PROFESSIONAL ENVIRONMENTAL CONSULTING FIRM

October 1, 2008

Mr. Mike Burkhead
Anchor Tower, LLC
1133 Louisiana Avenue
Suite 114
Winter Park, FL 32789



RECEIVED
OCT - 6 2008
ZONING DEPARTMENT
ST. JOHNS COUNTY

Re:    Informal Biological Assessment
       **Anchor Tower Site (No. AT148), Fruit Cove**
       Jacksonville, St. Johns County, Florida
       DEA No. 20806040

Dear Mr. Burkhead:

Dynamic Environmental Associates, Inc. is completing a NEPA Review for the proposed construction of a telecommunication tower facility within the State of Florida, in accordance with 47 CFR 1.1307 (a) 3. As described herein, a Informal Biological Assessment (IBA) has been conducted for Anchor Tower, LLC to identify federal and state threatened and endangered species (T&E) and/or critical habitat that may be located at or near the proposed project location.

**Project Description:**  Anchor Tower, LLC proposes to construct a 150' tall monopole tower, and associated telecommunications equipment compound, within an undeveloped wooded area. The proposed project includes a lease parcel area, approximately 112' x 50' in size, for the construction of the proposed tower and associated tower compound. The project also includes an approximately 20' x 400' access drive which will extend in a general northeast direction to the Site from the existing Parent Tract entrance along North State Road 13 and a proposed 10' x 230' utility easement for overhead utilities that will extend from a utility pole along North State Road 13 to the Site.

**Project Location:**  The Site is located within a larger Parent Tract parcel of land located at 1221 North State Road 13, in Jacksonville, Florida within the jurisdiction of St. Johns County, in Sections 38 and 42, Township 05 South, Range 27 East. The Parent Tract is approximately 4.4-acres in size. The Parcel Identification Number (PIN) for the Parent Tract is 010530 0060. The Site is located at Latitude N30-05-53.2, Longitude W81-37-34.5.

**Location Maps:**  The subject Site location is shown on a portion of the USGS Flaming Island, FL 7.5-minute topographic quadrangle and Street Atlas road map, enclosed.

**Photographs:**  Color photographs of the tower Site and immediate project area are enclosed.

**Description of Project Area:**

The following has been derived from information provided by Anchor Tower, a review of available data and literature, and on observations made during a site visit conducted on July 2, 2008:

Mr. Mike Burkhead                                  -2-                              October 1, 2008
Anchor Tower

**Description of Project Area:**

Location Description: The Site Lease Parcel is located in the north-central portion of the Parent Tract and is bordered by wooded land on all sides. The Parent Tract is otherwise developed as commercial with the majority of the property improvements located in the southeastern and south-central portions of the property with the remainder of the property being undeveloped.

Area Description: The Parent Tract is occupied by St. Patrick's Episcopal Church and is bordered to the north by undeveloped land, followed by residential property, to the south by a retention pond and residential property, to the east by residential property, and to the west by residential property across North SR 13.

T&E Species Analysis: Species lists and habitat information for plants and animals protected or proposed for protection under the Federal Endangered Species Act were obtained from the sources listed on Table 1 (attached). We also reviewed "designated critical habitat" as defined in 50 CFR, and confirmed that no designated or proposed critical habitats exist in the site area.

Table 1 presents state and federal listed and candidate T&E species known to exist in the county. The table compares habitat and/or range requirements of each species with existing site and surrounding area conditions to serve as rationale for a "no impact" determination. Fish and Amphibians have been omitted from the table since their presence on the Site and potential impact is not applicable to this project.

T&E Species Evidence Observed: No evidence or occurrences of Threatened or Endangered Species, or other wildlife, were observed on or adjacent to the Site.

**Conclusions:** Based on visual observations, various maps, and publicly available information it is DEA's opinion that:

1) The above designated Site is not located in an officially designated wilderness area.
2) The Site is not designated as "Critical Habitat" as defined in 50 CFR.
3) The Site is not located in an officially designated wildlife preserve.
4) This project will not likely effect listed T&E species or designated critical habitats.
5) The project is not likely to jeopardize the continued existence of any proposed T&E species or result in the destruction of, or adverse modification of proposed critical habitats.

Minimization of impacts to migratory birds will be been accomplished by adhering to the USFWS guidelines for telecommunications towers, including:

1) The proposed project involves the construction of a new telecommunications tower facility, including a monopole tower less than 200' tall.
2) The tower will be less than 200' tall and we understand will be unlit.
3) The tower will have the ability to accept co-located transmitters.
4) The tower will not be constructed with guy wires.

Mr. Mike Burkhead                          -3-                        October 1, 2008
Anchor Tower

We trust that this information is suitable for your needs.  Should you have any questions, please do not hesitate to call.

Very truly yours,
**Dynamic Environmental Associates, Inc.**

Marc R. Kurz
Project Manager

Warren G. Watts
Senior Environmental Biologist

enc:    Table 1 - Species List
        Color Photographs
        Site Location Map
        USGS Topographic Map
        Biologist CV

20806040 - IBA



## Table 1 - State/Federal Endangered, Threatened, or Candidate Species
## Fruit Cove (Anchor Site No. AT148)
## St. Johns, County, FL

| Site Conditions | The Site is an undeveloped wooded area, vegetated mostly with young pine and saw palmettos. | | | | |
|---|---|---|---|---|---|
| **Common Name** | **Scientific Name** | **Fed.** | **St.** | **Habitat/Range Requirements** | **Potential Impacts** |
| Southern Milkweed | *Asclepias viridula* | | T | Wet flatwoods and prairies, seepage slopes, pitcher plant bogs. | No Effect.  No habitat exists onsite or in the general area. |
| Bartram's Ixia | *Salpingostylis caelestina* | | E | Wet to mesic flatwoods. | No Effect.  No habitat exists onsite or in the general area. |
| Chapman's Sedge | *Carex chapmanii* | | E | Southeastern hardwood forests. | No Effect.  No habitat exists onsite or in the general area. |
| Sand-dune Spurge | *Chamaesyce cumulicola* | | E | Coastal scrub and stabilized dunes. | No Effect.  No habitat exists onsite or in the general area. |
| Ciliate-leaf Tickseed | *Coreopsis integrifolia* | | E | Limestone-based soils of floodplains along small streams. | No Effect.  No habitat exists onsite or in the general area. |
| Florida toothache-grass | *Ctenium floridanum* | | E | Sandhills and other dry pinelands. | No Effect.  Limited habitat exists onsite or in the general area. No species observed on Site.  Construction of the tower and tower compound would not result in any loss of habitat. |
| Coastal Vervain | *Glandularia tampensis* | | E | Tampa mock vervain: live oak–cabbage palm hammocks and pine–palmetto flatwoods. | No Effect.  Limited habitat exists onsite or in the general area. No species observed on Site.  Construction of the tower and tower compound would not result in any loss of habitat. |
| Lake-side Sunflower | *Helianthus carnosus* | | E | Wet flatwoods and prairies. | No Effect.  No habitat exists onsite or in the general area. |



**DYNAMIC ENVIRONMENTAL ASSOCIATES, INC.**

| Table 1 - State/Federal Endangered, Threatened, or Candidate Species Fruit Cove (Anchor Site No. AT148) St. Johns, County, FL |||||||
|---|---|---|---|---|---|
| **Site Conditions** | The Site is an undeveloped wooded area, vegetated mostly with young pine and saw palmettos. |||||
| **Common Name** | **Scientific Name** | **Fed.** | **St.** | **Habitat/Range Requirements** | **Potential Impacts** |
| Pondspice | Litsea aestivalis | | E | Edges of baygalls, flatwoods ponds, and cypress domes. May form thickets around edges of ponds. | No Effect. Limited habitat exists onsite or in the general area. No species observed on Site. Construction of the tower and tower compound would not result in any loss of habitat. |
| Curtis's Loosestrife | Lythrum curtissii | | E | Wet roadside ditches and clearings in wet flatwoods; sunny patches in stream thickets and floodplain forests. | No Effect. No habitat exists onsite or in the general area. |
| Pygmy Pipes | Monotropsis reynoldsiae | | E | Upland mixed hardwood forest, mesic and xeric hammock, sand pine and oak scrub. | No Effect. No habitat exists onsite or in the general area. |
| Celestial Lily | Nemastylis floridana | | E | Wet flatwoods, prairies, marshes, cabbage palm hammocks edges. | No Effect. No habitat exists onsite or in the general area. |
| Florida Beargrass | Nolina atopocarpa | | T | Nolina brittoniana is usually associated with evergreen oaks, saw palmettos, various shrub heaths, and xerophytic herbs. | No Effect. Limited habitat exists onsite or in the general area. No species observed on Site. Construction of the tower and tower compound would not result in any loss of habitat. |
| Florida Mountain-mint | Pycnanthemum floridanum | | T | Wet swales/depressions in pine flatwoods; wet prairies, floodplain forest, soils are typically black sandy peats. | No Effect. Limited habitat exists onsite or in the general area. No species observed on Site. Construction of the tower and tower compound would not result in any loss of habitat. |
| St. John's Black-eyed-susan | Rudbeckia nitida | | E | Wet or mesic pine flatwoods, bogs, savannas, seepage slopes; roadside ditches. | No Effect. No habitat exists onsite or in the general area. |
| American Alligator | Alligator mississippiensis | T(S/A) | S | Fresh and brackish marshes, ponds, lakes, rivers, swamps, bayous, large spring runs. Basks on land next to water. | No Effect. No habitat exists onsite or in the general area. |



| Table 1 – State/Federal Endangered, Threatened, or Candidate Species<br>Fruit Cove (Anchor Site No. AT148)<br>St. Johns, County, FL | | | | | |
|---|---|---|---|---|---|
| **Site Conditions** | The Site is an undeveloped wooded area, vegetated mostly with young pine and saw palmettos. | | | | |
| **Common Name** | **Scientific Name** | **Fed.** | **St.** | **Habitat/Range Requirements** | **Potential Impacts** |
| Eastern indigo snake | *Drymarchon corais couperi* | T | T | High pineland (sandhills, scrub, etc.), flatwoods, and most types of hammock; often near wetlands; often in association with gopher tortoise burrows. Mature pine forests in central and northern Florida; sandhill regions dominated by mature longleaf pines, turkey oaks, and wiregrass in Georgia (Matthews and Moseley 1990). Requires relatively large tracts of suitable habitat. Mainly terrestrial. | No Effect.  Limited habitat exists in the general area. Construction of the tower and the tower compound would not result in any loss of habitat.  No gopher tortoise burrows were observed on the Site or general area. |
| Gopher Tortoise | *Gopherus polyphemus* | | T | Commonly occupies habitats with a well-drained sandy substrate, ample herbaceous vegetation for food, and sunlit areas for nesting (Hallinan 1923, Landers 1980, Landers et al. 1980, Diemer 1989). These habitat types include sandhill (pine-turkey oak), sand pine scrub, xeric hammock, pine flatwoods, dry prairie, coastal grasslands and dunes, and mixed hardwood-pine communities (Landers and Speake 1980, Auffenberg and Franz 1982, Kushlan and Mazzotti 1984, Diemer 1986, 1992a). Prefers open habitats that support a wide variety of herbaceous ground cover vegetation for forage; usually abandons densely canopied areas and frequently can be found in disturbed habitats such as roadsides, fence-rows, old fields, and the edges of overgrown (unburned) uplands (see Diemer 1989, Stewart et al. 1993, Breininger et al. 1994). Upland habitats with extensive canopies reduce the amount of direct sunlight on the ground which may hamper | No effect.  Minimal habitat exists in the Site area.  However, no gopher tortoise holes were observed in the Site vicinity, and the construction of a tower compound would not result in any significant loss of habitat. |

**Table 1 - State/Federal Endangered, Threatened, or Candidate Species**
**Fruit Cove (Anchor Site No. AT148)**
**St. Johns, County, FL**

| **Site Conditions** | The Site is an undeveloped wooded area, vegetated mostly with young pine and saw palmettos. | | | | |
|---|---|---|---|---|---|
| **Common Name** | **Scientific Name** | **Fed.** | **St.** | **Habitat/Range Requirements** | **Potential Impacts** |
| | | | | tortoises from reaching minimum thermal requirements for normal daily activities. | |
| Kemp's Ridley | *Lepidochelys kempii* | E | E | Shallow coastal and estuarine waters, usually over sand or mud bottoms where crabs are numerous. Often associated with subtropical shorelines of red mangrove. Nests on well-defined elevated dune areas, especially on beaches backed up by large swamps or bodies of open water having seasonal, narrow ocean connections. | No Effect. No habitat exists onsite or in the general area. |
| Florida Pine Snake | *Florida Pine Snake* | | S | Habitats with relatively open canopies and dry sandy soils, in which it burrows. Especially sandhill and former sandhill, including oldfields and pastures, but also sand pine scrub and scrubby flatwoods. Often coexists with pocket gophers and gopher tortoises. | No Effect. Limited habitat exists in the general area. Construction of the tower and the tower compound would not result in any loss of habitat. No gopher tortoise burrows were observed on the Site or general area. |
| Limpkin | *Aramus guarauna* | | S | Inhabits mangroves, freshwater marshes, swamps, springs and spring runs, and pond and river margins. Also lake margins in peninsular Florida and swales, strand swamps, sloughs, and impoundments in south Florida. May also forage in ruderal areas such as sugarcane fields and banks of irrigation canals. Wide range of nesting sites, including mounds of aquatic vegetation and marsh grasses, among cypress knees, and high in trees. | No Effect. No habitat exists onsite or in the general area. |
| Piping Plover | *Charadrius melodus* | T | T | Sandy upper beaches, especially where scattered grass tufts are present, and sparsely vegetated shores and islands of shallow | No Effect. No habitat exists onsite or in the general area |



## Table 1 - State/Federal Endangered, Threatened, or Candidate Species
## Fruit Cove (Anchor Site No. AT148)
## St. Johns, County, FL

| Site Conditions | The Site is an undeveloped wooded area, vegetated mostly with young pine and saw palmettos. | | | | |
|---|---|---|---|---|---|
| Common Name | Scientific Name | Fed. | St. | Habitat/Range Requirements | Potential Impacts |
| | | | | lakes, ponds, rivers, and impoundments. Nests may also be built on sandy open flats among shells or cobble behind dunes. | |
| Little Blue Heron | Egretta caerulea | | S | Feeds in shallow freshwater, brackish, and saltwater habitats. Largest nesting colonies occur in coastal areas, but prefers foraging in freshwater lakes, marshes, swamps, and streams. | No Effect. No habitat exists onsite or in the general area. |
| Snowy Egret | Egretta thula | | S | Nests both inland and in coastal wetlands with nests placed in many types of woody shrubs, especially mangroves and willows. | No Effect. No habitat exists onsite or in the general area. |
| Tricolored Heron | Egretta tricolor | | S | Prefers coastal environments. Most nesting colonies occur on mangrove islands or in willow thickets in fresh water, but nesting sites include other woody thickets on islands or over standing water. | No Effect. No habitat exists onsite or in the general area. |
| White Ibis | Eudocimus albu | | S | Found in a wide variety of habitats, including freshwater and brackish marshes, salt flats and salt marsh meadows, many types of forested wetlands, wet prairies, swales, seasonally inundated fields, and man-made ditches. | No Effect. No habitat exists onsite or in the general area. |
| Peregrine Falcon | Falco peregrinus | | E | Various open situations from tundra, moorlands, steppe, and seacoasts, especially where there are suitable nesting cliffs, to mountains, open forested regions, and human population centers (AOU 1983). When not breeding, occurs in areas where prey concentrate, including farmlands, marshes, lakeshores, river mouths, tidal flats, dunes and beaches, broad river valleys, cities, and airports. | No Effect. Limited habitat exists in the general area. Construction of the tower and the tower compound would not result in any loss of habitat. |



## Table 1 - State/Federal Endangered, Threatened, or Candidate Species
## Fruit Cove (Anchor Site No. AT148)
## St. Johns, County, FL

| Site Conditions | The Site is an undeveloped wooded area, vegetated mostly with young pine and saw palmettos. | | | | |
|---|---|---|---|---|---|
| **Common Name** | **Scientific Name** | **Fed.** | **St.** | **Habitat/Range Requirements** | **Potential Impacts** |
| Southeastern American Kestrel | *Falco sparverius paulus* | | T | Found in open pine habitats, woodland edges, prairies, and pastures throughout much of Florida. | No Effect.  Limited habitat exists in the general area. Construction of the tower and the tower compound would not result in any loss of habitat. |
| American Oystercatcher | *Haematopus palliatus* | | S | Oystercatchers require large areas of beach, sandbar, mud flat,and shellfish beds for foraging. | No Effect.  No habitat exists onsite or in the general area. |
| Bald eagle | *Haliaeetus leucocephalus* | ★ | T | Breeding habitat most commonly includes areas close to coastal areas, bays, rivers, lakes, or other bodies of water that reflect the general availability of primary food sources including fish, waterfowl, and seabirds. Preferentially roosts in conifers or other sheltered sites in winter in some areas; typically selects the larger, more accessible trees.<br><br>★ The Bald and Golden Eagle Protection Act will continue to protect the bald eagle following delisting under the Endangered Species Act. Originally passed in 1940 to protect bald eagles, the Eagle Act was amended in 1962 to protect golden eagles as well, by prohibiting the take, possession, sale, purchase, barter, offer to sell, purchase or barter, transport, export or import, of any bald or golden eagle, alive or dead, including any part, nest, or egg, unless allowed by permit (16 U.S.C 668(a); 50 CFR 22). "Take" includes pursue, shoot, shoot at, poison, wound, kill, capture, trap, collect, molest or disturb | No Effect. No habitat exists onsite or in the general area. Range of species is large, and no eagle nests documented in the area, placing the site outside the secondary zone (1500 feet). |



| Table 1 – State/Federal Endangered, Threatened, or Candidate Species<br>Fruit Cove (Anchor Site No. AT148)<br>St. Johns, County, FL | | | | | |
|---|---|---|---|---|---|
| **Site Conditions** | The Site is an undeveloped wooded area, vegetated mostly with young pine and saw palmettos. | | | | |
| **Common Name** | **Scientific Name** | **Fed.** | **St.** | **Habitat/Range Requirements** | **Potential Impacts** |
| | | | | (16 U.S.C. 668c; 50 CFR 22.3). | |
| Wood Stork | *Mycteria americana* | E | E | Chiefly freshwater situations: marshes, swamps, lagoons, ponds, flooded fields; depressions in marshes are important during drought; also occurs in brackish wetlands. Nests mostly in upper parts of cypress trees, mangroves, or dead hardwoods over water or on islands along streams or adjacent to shallow lakes. Feeds in freshwater marshes, swamps, lagoons, ponds, flooded pastures and flooded ditches, depressions in marshes (especially during drought). More prevalent in south Florida than central and north Florida. | No Effect.  Limited habitat exists in the general area. Construction of the tower and the tower compound would not result in any loss of habitat. |
| Osprey | *Pandion haliaetus* | | S | Found on or near large lakes, rivers, and coastal areas where suitable nesting sites can be found.  Water bodies must be large, fairly open, and clear for osprey to locate prey.  Nesting sites are large living or dead trees and man-made structures; osprey numbers appear to be limited by presence of adequate nesting sites.  Nesting sites often stand above surrounding vegetation or in more open fields and sparsely timbered forests, but low nesting sites are common, particularly in mangrove swamps. | No Effect.  Limited habitat exists in the general area. Construction of the tower and the tower compound would not result in any loss of habitat. |
| Brown Pelican | *Pelecanus occidentalis* | | S | Mainly coastal, feeding in shallow estuarine waters, and (less often) far offshore. | No Effect.  No habitat exists onsite or in the general area. |
| Red-cockaded Woodpecker | *Picoides borealis* | E | S | Inhabit open, mature pine woodlands, rarely deciduous or mixed pine-hardwoods located near pine woodlands (Steirly 1957, Hooper et al. 1980, U.S. | No anticipated Effect. Limited habitat exists on Site and in the general area. Construction of the |



| Table 1 – State/Federal Endangered, Threatened, or Candidate Species Fruit Cove (Anchor Site No. AT148) St. Johns, County, FL | | | | | |
|---|---|---|---|---|---|
| **Site Conditions** | The Site is an undeveloped wooded area, vegetated mostly with young pine and saw palmettos. | | | | |
| **Common Name** | **Scientific Name** | **Fed.** | **St.** | **Habitat/Range Requirements** | **Potential Impacts** |
| | | | | Fish and Wildlife Service 1980, Kalisz and Boettcher 1991). Optimal habitat is characterized as a broad savanna with a scattered overstory of large pines and a dense groundcover containing a diversity of grass, forb, and shrub species (Hooper et al. 1980, AOU 1991). Midstory vegetation is sparse or absent (Hooper et al. 1980, Locke et al. 1983, Hooper et al. 1991, Loeb et al. 1993). | tower and the tower compound would not result in any loss of habitat. |
| Roseate Spoonbill | *Ajaia ajaja* | | S | Forages in shallow water of variable salinity, including marine tidal flats and ponds, coastal marshes, mangrove-dominated inlets and pools, and freshwater sloughs and marshes. | No Effect.  No habitat exists onsite or in the general area. |
| Black Skimmer | *Rynchops niger* | | S | Coastal waters, including beaches, bays, estuaries, sandbars, tidal creeks (foraging), and also inland waters of large lakes, phosphate pits, and flooded agricultural fields. | No Effect.  No habitat exists onsite or in the general area. |
| Least Tern | *Sterna antillarum* | | T | Seacoasts, beaches, bays, estuaries, lagoons, lakes, and rivers (AOU 1983). Rests and loafs on sandy beaches, mudflats, and salt-pond dikes (Stiles and Skutch 1989).  Nests usually in shallow depression on level ground on sandy or gravelly beaches and banks of rivers or lakes, typically in areas with sparse or no vegetation (usually less than 20% vegetation cover, often 10% or less; Bent 1921, Craig 1971, Jernigan et al. 1978, Thompson and Slack 1982, Faanes 1983, Gochfeld 1983, USFWS 1990); also on dredge spoils; on mainland or on barrier island | No Effect.  No habitat exists onsite or in the general area. |



## Table 1 – State/Federal Endangered, Threatened, or Candidate Species
## Fruit Cove (Anchor Site No. AT148)
## St. Johns, County, FL

| Site Conditions | The Site is an undeveloped wooded area, vegetated mostly with young pine and saw palmettos. | | | | |
|---|---|---|---|---|---|
| **Common Name** | **Scientific Name** | **Fed.** | **St.** | **Habitat/Range Requirements** | **Potential Impacts** |
| | | | | beaches; and on flat gravel-covered rooftops of buildings. | |
| Anastasia Beach Mouse | *Peromyscus polionotus phasma* | E | E | Primary, secondary, and occasionally tertiary sand dunes with a moderate cover of grasses and forbs, including sea oats (*Uniola paniculata*), bitter panicum (*Panicum amarum*), and beach dropseed (*Sporobolus virginicus*). High, stable areas supporting sand live oak (*Quercus geminata*) may be important following hurricanes that remove substantial dune habitat. | No Effect.  No habitat exists onsite or in the general area. |
| Florida Mouse | *Podomys floridanus* | | S | Xeric upland communities with sandy soils, including scrub, sandhill, and ruderal sites where they inhabit burrows of the gopher tortoise(*Gopherus polyphemus*; see species account).  In the absence of gopher tortoises, Florida mice will dig their own burrows or use those of oldfield mice. | No Effect.  No habitat exists onsite or in the general area. |
| Sherman's Fox Squirrel | *Sciurus niger shermani* | | S | Longleaf pine sandhills and flatwoods; best habitat contains both pines and oaks, such as along the edge of longleaf pine savanna and live oak forest (Kantola and Humphrey 1990), especially where there are large, mature trees and fires occur at intermediate frequency (enough to prevent extensive hardwood invasion at the expense of the pines). Nesting and feeding may occur in different habitats. Occurs in reduced numbers (compared to optimal habitat) in turkey oak forest and in some ecotonal situations (e.g., where bayhead meets slash pine flatwoods and on the margins of flatwoods cypress ponds) (Layne 1978). | No Effect.  Limited habitat exists in the general area. Construction of the tower and the tower compound would not result in any loss of habitat. |


**D**YNAMIC
**E**NVIRONMENTAL
**A**SSOCIATES, INC.

## Table 1 – State/Federal Endangered, Threatened, or Candidate Species
## Fruit Cove (Anchor Site No. AT148)
## St. Johns, County, FL

| Site Conditions | The Site is an undeveloped wooded area, vegetated mostly with young pine and saw palmettos. | | | | |
|---|---|---|---|---|---|
| **Common Name** | **Scientific Name** | **Fed.** | **St.** | **Habitat/Range Requirements** | **Potential Impacts** |
| | | | | Population viability and reproductive potential in secondary habitats are poorly known. | |
| Florida black bear | *Ursus americanus floridanus* | | T | Large undeveloped wooded tracts; pine flatwoods, hardwood swamp, cypress swamp, cabbage palm forest, sand pine scrub, mixed hardwood hammock; usually in areas that include multiple forest types; habitat use varies with food availability (Maehr and Wooding 1992, which see for further details). Inhabits areas of dense cover, such as those referred to as "bay-galls" in south Florida, "swamps" in middle Florida, and titi swamps in the panhandle (Layne 1978). Dens usually are in thick shrub/vine cover in remote swamps or thickets, sometimes in hollow trees (Maehr and Wooding 1992). | No Effect. Limited habitat exists in the general area. Construction of the tower and the tower compound would not result in any loss of habitat. |

| Federal Status | State Status |
|---|---|
| E - Endangered | E - Endangered |
| T - Threatened [(S/A) similar appearance] | T - Threatened |
| C - Candidate | S - Sensitive |
| SC - Species of Concern | C - Candidate |
| PT - Proposed Threatened | LS - Species of Special Concern |
| PE - Proposed Endangered | |

Notes:
1. Fish, marine mammals, and other amphibian species were excluded from assessment as not applicable to this project.

Sources:
1. NatureServe Online database. Association for Biodiversity Information. http://www.natureserve.org/
2. Florida Natural Areas Inventory. http://www.fnai.org
3. U.S. Fish & Wildlife Service, Environmental Conservation Online System (ECOS), Threatened & Endangered Species System (TESS). http://ecos.fws.gov/tess_public/TESSWebpage



Photo 1 - View of the Site facing north.



Photo 2 - View from the Site facing west, showing the proposed access easement and the Parent Tract wooded land.

DEA, Inc.

2080640 - IBA



Photo 3 - View facing northeast from the entrance into the Parent Tract off of North SR 13, showing the proposed Site access.



Photo 4 - View from the Parent Tract/Site entrance facing east, showing the Parent Tract church.

DEA, Inc.

2080640 - IBA



SITE LOCATION MAP

**DYNAMIC ENVIRONMENTAL ASSOCIATES, INC.**
www.DynamicEnvironmental.com

Informal Biological Assessment
Fruit Cove Tower Site
St. Johns County, Florida

Figure No.: 1
Date: 09/30/08
DEA No.: 20806040



U.S.G.S. Topographic Map

| | | |
|---|---|---|
| **DYNAMIC ENVIRONMENTAL ASSOCIATES, INC.** www.DynamicEnvironmental.com | Informal Biological Assessment Fruit Cove Tower Site St. Johns County, Florida | Figure No.: 2 Date: 09/30/08 DEA No.: 20806040 |

# WARREN G. WATTS

Mr. Watts is a Project Manager with the firm and has over twenty years of experience in the environmental arena. His responsibilities include completion of: Phase I and Phase II Environmental Site Assessments for construction of cellular communication towers and other industrial projects; biological impact assessments under NEPA, state, and local requirements; RCRA compliance and remedial investigation & design for industrial sites; and environmental compliance auditing. As a Project Manager, he is responsible for direct communications with clients and with personnel from federal, state and local regulatory agencies.

Mr. Watts has extensive experience in providing environmental impact assessment and compliance implementation for both small and large scale industrial construction projects, including: multimedia environmental regulatory/legislative requirement interpretation, permit acquisition and compliance oversight, field evaluation of potential biological impacts and mitigation measures, project management, site supervision, and health & safety compliance oversight. Specific environmental program area experience includes environmental management systems development, environmental compliance assurance for utility industry power plant and gas & electric transmission/distribution facility construction and operation, NPDES monitoring, soil/ground water investigations and remediation, underground and aboveground storage tank management, hazardous/toxic/solid waste management and pollution prevention initiatives, superfund/hazardous/PCB waste site investigations and remedial designs, emergency response action oversight and planning, EA/EIS preparation, NEPA compliance, wetland and floodplain delineations, and erosion & sediment control for large construction projects. He has extensive experience with field investigation, environmental sampling/analysis methods and equipment, personal protective equipment, and health and safety equipment and practices.

As Manager of Environmental Compliance & Auditing with a Mid-Atlantic utility, he was responsible for corporate-wide compliance of gas and electric utility operations in five (5) Mid-Atlantic states. He supervised a large technical staff in all functional areas of the environmental field, including compliance management systems development, safety and environmental program integration, permit acquisition, compliance auditing, personnel training, compliance guidance development, and real property contamination assessment and remediation.

As Senior Environmental Specialist with a major gas transmission company, he managed all environmental matters relating to construction and operation of gas transmission pipeline and compressor station facilities in five northeastern states. As the sole environmental professional on staff, he was responsible for assessment of proposed facilities to support FERC licensing, construction policy and permitting, property assessment and remediation, safety and environmental compliance procedure development, personnel training, and expert witness testimony for environmental matters.

## BACKGROUND:

B.S. Chemistry, Metropolitan State College
M.S. Environmental Engineering course work, Northeastern University
Southeastern Electric Exchange, Former Environmental Committee Chairman
AGA, INGAA, UWAG and USWAG Utility Industry Trade Groups, Member