UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

ANCHOR TOWER, LLC, A FLORIDA
LIMITED LIABILITY COMPANY,

    Plaintiff,

v.                                    Case No. 3:09-cv-00634-TJC-TEM

ST. JOHNS COUNTY, FLORIDA, A
POLILTICAL SUBDIVISION OF THE
STATE OF FLORIDA,

    Defendant.
_____/

STATE OF FLORIDA
COUNTY OF ORANGE

    BEFORE ME, the undersigned authority, on this day personally appeared Lisa Bryant, who, after being first duly sworn, deposes and says:

    1.    My name is Lisa Bryant. I am employed by Anchor Tower LLC. I have personal knowledge of the facts stated herein.

    2.    I was authorized by Plaintiff, Anchor Tower, to act as its agent to apply for and process its zoning approvals with St. Johns County for the Proposed Mono-Cross at St. Patrick's Episcopal Church.

    3.    I submitted the application for the Proposed Mono-Cross on June 24, 2008.

    4.    On August 1, 2008 the St. Johns County Development Services Department faxed to me the comments attached as Exhibit A.

    5.    On September 11, 2008, I hand wrote responses to the comments received on August 1, 2008 on the comment sheet and submitted same along with a revised set of

**EXHIBIT "A"**

plans to St. Johns County. A true and correct copy of this submittal(without the plans) is attached as Exhibit B.

6. On October 6, 2008 I submitted to St. Johns County the requested Environmental Assessment.

7. No other information was requested from St. Johns County with regard to this application.

8. During this application process I utilized St. Johns County's online application tracking system to verify the status of the application, and that no further information was required or requested. Attached as Exhibit C is a printout from the St. Johns County website referencing the Anchor Tower application. The only open "issue" remaining after the October 6, 2008 Environmental Assessment submission is the issue of the tower being located within the 600' scenic highway setback. The comments indicate that this would remain an open comment to be included in the final conditions of approval.

9. I had several communications with the St. Johns County Staff regarding the scheduling of the application for both the Planning and Zoning Agency and then the Board of County Commissioners.

10. On October 29, 2008, I was advised that the application would go to the Planning and Zoning Agency at its December 4, 2008 meeting.

11. On November 3, 2008 I was then advised that the Planning and Zoning Agency would be considering its EAR Report at the December 4, 2008 meeting and no other items were to be considered on that agenda. I was then told that the application would be scheduled for the December 18, 2008 Planning and Zoning Agency meeting.

12. On December 12, 2008 I was told that no quorum was available for the December 18 meeting of the Planning and Zoning Agency and the application would be moved to the January 15, 2009 Planning and Zoning Agency Agenda.

13. On December 15, 2008 I was then notified that the application, for reasons unexplained, would be moved to the February 5, 2009 Planning and Zoning meeting.

14. At no time was I asked to consent or waive any statutory time frames for review of the application by the Planning and Zoning Agency.

15. The application was finally heard at the February 5, 2009 Planning and Zoning Agency meeting.

16. I was advised by County Staff that the scenic highway setback issue would be heard by the Board of County Commissioners at the next available meeting after the Planning and Zoning Agency hearing on February 5, 2009.

17. The setback issue was heard by the BOCC on March 17, 2009 despite there being two intervening BOCC meetings on February 17, 2009 and March 3, 2009.

18. I never consented to or waived any statutory deadlines or time frames for the BOCC hearing of the scenic highway setback issue.

FURTHER AFFIANT SAYETH NAUGHT.

_____
**Lisa Bryant**

Sworn to and subscribed before me this ___4th___ day of November 2009.

NOTARY PUBLIC

_Mary D Solik_

3

MARY D. SOLIK
_____
Print Name
State of Florida (Seal)
My Commission Expires:
Personally Known  X  or Produced Identification____
Type of Identification Produced_____



MARY D. SOLIK
MY COMMISSION # DD 703633
EXPIRES: August 9, 2011
Bonded Thru Notary Public Underwriters

# TELECOMMUNICATION TOWERS
## ST. JOHNS COUNTY
## ZONING
## COMMENTS

Application Number: TOWER2008000001     Submittal #: 1

Project Name: AT148/Fruit Cove @ St. Patrick's Episcopal Church

Applicant: Anchor Tower

When design changes are made to subsequent submittals that are not the result of comments from a previous review, they must be brought to the attention of county staff. Failure to do so may result in additional submittals or possible delays during construction.

Notice: Please read staff comments carefully as they may individually cite to specific provisions in the law or local regulations denying your development permit as defined in Chapter 163.3164 and pursuant to Chapter 125.022, Florida Statutes.

## DEPARTMENTS

## GIS NEIGHBORHOOD BILL OF RIGHTS

Information Only:

At this time there is one Neighborhood Boundary (River Oaks Plantation Home Owners Association ) within 300 feet of this project.
Michael Campbell, GISP, 904.209.0778, mcampbell@sjcfl.us

## APPLICATION REVIEW MANAGER

Application reviewed and signed off.

## CONCURRENCY/TRANSPORTATION PLANNING

Information Only:

Request is not subject to concurrency pursuant to Section 11 00.02 of the Land Development Code.

Information Only:

Jan Trantham Transportation Planning/Concurrency 904-209-0611 904-209-0612 (fax) jtrantham@sjcfl.us

## PLANNING DIVISION

1. Policy A.2.1.3 requires new development within the Northwest Sector Overlay to provide a minimum 35' development edge along the perimeter of the development boundary. Parking, structures, storage areas, etc are not permitted within the development edge. Please clearly label and depict on the site plan.

http://wats.intranet.co.st-johns.fl.us/Applications_Submittal_Management/DeptIssReport.asp?ApplType=T...  8/1/2008
UCJ7 622- 2181

**EXHIBIT "A"**

Information Only:

Planning Division Reviewer: Michael Blackford, Planner II (904) 209-0593 mblackford@sjcfl.us

## ZONING PROGRAM

1. Land Development Code Section 6.08.12.H. states that the finished color of the tower shall have either galvanized or a dull blue or gray finish. Your application states it is to be white. Please revise.

2. Land Development Code Section 6.08.12.V. states that "No Antenna Tower shall be built or erected within six hundred (600) feet of the center line of any designated Scenic Highway or Scenic Roadway without final approval of the Board of County Commissioners, after consideration and recommendation by the Planning and Zoning Agency."

Your application states that the tower will be 350' from the roadway of SR 13.

Upon recommendation of the Planning and Zoning Agency, this item will be scheduled for the next available Board of County Commissioner meeting.

Information Only:

Zoning staff report will be prepared after a review of the application and site visit to determine compatibility. A copy of this report will be mailed to you in advance of the hearing. If you have any questions, please feel free to contact the reviewer: Marie Hobbs, Zoning Manager at 904-209-0662.

mhobbs@sjcfl.us

## DEVELOPMENT REVIEW TECHNICAL

Application reviewed and signed off.

## COUNTY UTILITY DEPARTMENT

Information Only:

Not in S.J.County Utility Department service area. No additional comments. Reviewed by: Melissa Caraway, SJCUD, 209-2606.

## FIRE SERVICES

Application reviewed and signed off.

## ENVIRONMENTAL HEALTH DEPARTMENT

Information Only:

No comment if project is served by sanitary sewer and public water and the request does not impact any proposed septic system. John W. Cochrane   823-2514 X 104   johnw_cochrane@doh.state.fl.us

## ENVIRONMENTAL PLANNING

1. Please provide documentation that a qualified scientist has assessed the site for the presence or potential occurrence of listed species and submit a map that identifies and locates any listed species and associated essential habitat currently or previously documented to exist within project boundaries. Further, the documentation should discuss the

DEPA AUG. 1. 2008S 1:05PM POR DEVELOPMENT SERVICES                           NO. 5476   P. 4/4 age 3 of 3

methodology as well as the findings of this assessment. (Section 4.01.08, Land Development Code)

Information Only:

Reviewer's Name and Contact Information: Ryan Mauch -(904)209-0621 rmauch@sjcfl.us

## GIS DEPARTMENT

The address for the tower will be:

1217 State Road 13 N
Saint Johns, FL 32259

Please correct the address on all applicable pages of the plans.

Information Only:

Lisa Tillman, 904.827.6995, ltillman@sjcfl.us
Carlie Hulbert, 904.209.0804, chulbert@sjcfl.us

Information Only:

The address corrections may be red-lined.

## OFFICE OF COUNTY ATTORNEY

Please fully address each of the issues raised by staff, this office will then make further legal review and comment as necessary.

Information Only:

*Reviewed by* Regina D. Ross, Asst. County Attorney; rross@sjcfl.us; 904.209.0805 (Office)

## BUILDING

Information Only:

- James Drummond 904-827-6832 jdrummond@sjcfl.us

TELECOMMUNICATION TOWERS
ST. JOHNS COUNTY
ZONING
COMMENTS

Application Number: TOWER2008000001    Submittal #: 1

Project Name: AT148/Fruit Cove @ St. Patrick's Episcopal Church

Applicant: Anchor Tower

When design changes are made to subsequent submittals that are not the result of comments from a previous review, they must be brought to the attention of county staff. Failure to do so may result in additional submittals or possible delays during construction.

Notice: Please read staff comments carefully as they may individually cite to specific provisions in the law or local regulations denying your development permit as defined in Chapter 163.3164 and pursuant to Chapter 125.022, Florida Statutes.

## DEPARTMENTS

### GIS NEIGHBORHOOD BILL OF RIGHTS

Information Only:



At this time there is one Neighborhood Boundary (River Oaks Plantation Home Owners Association) within 300 feet of this project.
Michael Campbell, GISP, 904.209.0778, mcampbell@sjcfl.us

### APPLICATION REVIEW MANAGER

Application reviewed and signed off.

A TRUE COPY
ST. JOHNS COUNTY
3 Pages
BY Toni M. Silvestris, RMLO

### CONCURRENCY/TRANSPORTATION PLANNING

Information Only:

Request is not subject to concurrency pursuant to Section 11.00.02 of the Land Development Code.

Information Only:

Jan Trantham Transportation Planning/Concurrency 904-209-0611 904-209-0612 (fax) jtrantham@sjcfl.us

### PLANNING DIVISION

1. Policy A.2.1.3 requires new development within the Northwest Sector Overlay to provide a minimum 35' development edge along the perimeter of the development boundary. Parking, structures, storage areas, etc are not permitted within the development edge. Please clearly label and depict on the site plan. — Plans have been revised to show the 35' distance from the development edge for the lease area and the access easement. (Please see the attached survey for revision)

**EXHIBIT "B"**

Information Only:

Planning Division Reviewer: Michael Blackford, Planner II (904) 209-0593 mblackford@sjcfl.us

## ZONING PROGRAM

1. Land Development Code Section 6.08.12.H. states that the finished color of the tower shall have either galvanized or a dull blue or gray finish. Your application states it is to be white. Please revise. *The tower is a proposed cross. The white color is aesthetically pleasing and better suited for a cross than a dull blue or gray finish.*

2. Land Development Code Section 6.08.12.V. states that "No Antenna Tower shall be built or erected within six hundred (600) feet of the center line of any designated Scenic Highway or Scenic Roadway without final approval of the Board of County Commissioners, after consideration and recommendation by the Planning and Zoning Agency."

Your application states that the tower will be 350' from the roadway of SR 13.

Upon recommendation of the Planning and Zoning Agency, this item will be scheduled for the next available Board of County Commissioner meeting. *As noted*

Information Only:

Zoning staff report will be prepared after a review of the application and site visit to determine compatibility. A copy of this report will be mailed to you in advance of the hearing. If you have any questions, please feel free to contact the reviewer: Marie Hobbs, Zoning Manager at 904-209-0662.

mhobbs@sjcfl.us

## DEVELOPMENT REVIEW TECHNICAL

Application reviewed and signed off.

## COUNTY UTILITY DEPARTMENT

Information Only:

Not in S.J.County Utility Department service area. No additional comments. Reviewed by: Melissa Caraway, SJCUD, 209-2606.

## FIRE SERVICES

Application reviewed and signed off.

## ENVIRONMENTAL HEALTH DEPARTMENT

Information Only:

No comment if project is served by sanitary sewer and public water and the request does not impact any proposed septic system. John W. Cochrane 823-2514 X 104 johnw_cochrane@doh.state.fl.us

## ENVIRONMENTAL PLANNING

1. Please provide documentation that a qualified scientist has assessed the site for the presence or potential occurrence of listed species and submit a map that identifies and locates any listed species and associated essential habitat currently or previously documented to exist within project boundaries. Further, the documentation should discuss the

e=T... 8/1/2008

methodology as well as the findings of this assessment. (Section 4.01.08, Land Development Code)

Information Only: *A NEPA report has been ordered & will be provided to the County upon completion. Usually take approximately 90-120 days.*

Reviewer's Name and Contact Information: Ryan Mauch -(904)209-0621 rmauch@sjcfl.us

## GIS DEPARTMENT

The address for the tower will be:

1217 State Road 13 N
Saint Johns, FL 32259

Please correct the address on all applicable pages of the plans. *Address has been corrected on all applicable pages of the plans*

Information Only:

Lisa Tillman, 904.827.6995, ltillman@sjcfl.us
Carlie Hulbert, 904.209.0804, chulbert@sjcfl.us

Information Only:

The address corrections may be red-lined.

## OFFICE OF COUNTY ATTORNEY

Please fully address each of the issues raised by staff, this office will then make further legal review and comment as necessary.

Information Only:

*Reviewed by* Regina D. Ross, Asst. County Attorney; rross@sjcfl.us; 904.209.0805 (Office)

## BUILDING

Information Only:

- James Drummond 904-827-6832 jdrummond@sjcfl.us

TOWER  08000001          Submittal  3                    Comp
                                                  Date: 10/29/2008

AT148/Fruit Cove @
St. Patrick's
Episcopal Church

| Dept Code | Department | Date Sent | Comment Due Date | Date Reviewed | Issue Cnt | Open Issues |
|---|---|---|---|---|---|---|
| EVRPL | Environmental | 10/6/2008 | 10/14/2008 | 10/13/2008 | 1 | 0 |
| GISNBR | GIS Neighborhood Bill of Rights | 10/6/2008 | 10/14/2008 | 10/10/2008 | 0 | 0 |
| OCA | Office of County Attorney | 10/6/2008 | 10/14/2008 | 10/24/2008 | 1 | 0 |
| PLAN | Planning Division | 10/6/2008 | 10/14/2008 | 10/9/2008 | 1 | 0 |
| ZONE | Zoning Program | 10/6/2008 | 10/14/2008 | 10/14/2008 | 1 | 1 |

## Notes

3/17/2009 TRS  Moved to time certian @ 2:15pm
10/6/2008 XXX Submittal 3 Created by TRS
9/15/2008 TRS  recv'd resub on 9-11-08
9/15/2008 XXX Submittal 2 Created by TRS
8/20/2008 TRS  waiting on response
7/18/2008 TRS  email APO request
6/24/2008 XXX Created by TRS
6/24/2008 XXX New GIS Responded 010530-0060

**EXHIBIT "C"**