**UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

ANCHOR TOWER, LLC, a Florida
Limited Liability Company,

    Plaintiff,

v.                                                    Case No.  3:09-cv-634-J-32TEM

ST. JOHNS COUNTY, FLORIDA,
a political subdivision of the State of
Florida,

    Defendant.
_____/

**<u>PLAINTIFF'S AND DEFENDANT'S JOINT FILING OF RECORD</u>**

Plaintiff Anchor Tower, LLC and Defendant St. Johns County jointly file this Index and Record containing the below-listed documents, which form the basis of the above-styled action.

| TAB | DESCRIPTION | PAGE NOS. |
|---|---|---|
| R-1 | Application of Anchor Tower, LLC | 001-085 |
| R-2 | Resubmittals (Addendums) to Anchor Tower Application | 086-092 |
| R-3 | January 22, 2009 Zoning Staff Report and all attachments | 093-191 |
| R-4 | March 17, 2009 Board of County Commissioners Agenda Item and attachments | 192-343 |
| R-5 | Correspondence / Adjacent Property Owner Forms Received After Preparation of Zoning Staff Report | 344-467 |
| R-6 | All Exhibits Presented to the Board of County Commissioners on March 17, 2009 | 468-555 |

| TAB | DESCRIPTION | PAGE NOS. |
|---|---|---|
| R-7 | Transcript Excerpt of Proceedings of the Board of County Commissioners on March 17, 2009 | 556-691 |
| R-8 | March 9, 2009 Notice Letter to St. Johns County regarding waiver argument | 692 |
| R-9 | April 16, 2009 Order of the Board of County Commissioners Denying Tower 2008-01, AT148/Fruit Cove | 693-696 |
| R-10 | DVD of March 17, 2009 Proceedings before the Board of County Commissioners | N/A; DVD filed separately |

Respectfully submitted this 6th day of November, 2009.

 /s/ Mary D. Solik
Mary D. Solik
Florida Bar No. 0856479
*Attorneys for Plaintiff Anchor Tower, LLC*
LAW OFFICES OF JOHN L. DI MASI, P.A.
801 N. Orange Avenue, Suite 500
Orlando, FL 32801-1014
Telephone: (407) 839-3383
Facsimile: (407-839-3384
E-mail: msolik@orlando-law.com

 /s/ Stella J. Lane
Stella J. Lane
Florida Bar No. 0024942
Susan S. Erdelyi
Florida Bar No. 0648965
*Attorneys for Defendant St. Johns County*
MARKS GRAY, P.A.
P.O. Box 447
Jacksonville, FL 32201
Telephone: (904) 807-2196
Facsimile: (904) 399-8440
E-mail: sjl@marksgray.com
          sse@marksgray.com

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on November 6, 2009 I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which will send notice of electronic filing to Mary D. Solik of the Law Offices of John L. Di Masi, P.A.

     /s/ Stella J. Lane
Stella J. Lane
Florida Bar No. 0024942
*Attorneys for Defendant St. Johns County*
MARKS GRAY, P.A.
P.O. Box 447
Jacksonville, FL  32201
Telephone:  (904) 807-2196
Facsimile:  (904) 399-8440
E-mail:  sjl@marksgray.com