# ::FOLEY
**FOLEY & LARDNER LLP**

ATTORNEYS AT LAW
111 NORTH ORANGE AVENUE, SUITE 1800
ORLANDO, FL 32801-2386
P. O. BOX 2193
ORLANDO, FL 32802-2193
407.423.7656 TEL
407.648.1743 FAX
foley.com

WRITER'S DIRECT LINE
407.244.3259
msolik@foley.com EMAIL

CLIENT/MATTER NUMBER
092371-0106

March 9, 2009

Regina D. Ross, Esq.,
Assistant County Attorney
St. Johns County
500 San Sebastian View
St. Augustine, FL 32084

Re: Application No.: Tower 2008-01 - Project Name: AT148/
Fruit Cove @ St. Patrick's Episcopal Church

Dear Ms. Ross:

This firm represents Anchor Tower, the applicant on the referenced application. As you know, the application was approved by the Planning and Zoning Agency on February 5, 2009. The proposed application does include a request to be placed within the 600' scenic highway setback, which requires Board of County Commissioners' approval. The request is now set for hearing by the St. Johns County Board of County Commissioners on March 17, 2009.

As you are aware, Anchor Tower has asserted that certain statutory timing requirements have not been met as it relates to the approval process on the referenced project. Specifically, Anchor Tower asserts that pursuant to Florida Statues § 365.172 (12)(d), the 90 day time frame in which this application should have been approved by St. Johns County has passed and this matter should be deemed approved as of right. Based on our multiple conversations, the County disagrees with this assertion. This letter constitutes notice to the County that Anchor Tower does not waive this argument if the Board of County Commissioners does not approve the application next week and further proceedings become necessary.

Very truly yours,

*Mary D Solik*

Mary Doty Solik

MDS:cam
cc:   Tim O'Shaughnessy
      Mike Burkhead

EXHIBIT " B "
BCC 3|18|09
Agenda Item # 2

| | | | | | |
|---|---|---|---|---|---|
| BOSTON | JACKSONVILLE | MILWAUKEE | SAN DIEGO | SILICON VALLEY | |
| BRUSSELS | LOS ANGELES | NEW YORK | SAN DIEGO/DEL MAR | TALLAHASSEE | |
| CHICAGO | MADISON | ORLANDO | SAN FRANCISCO | TAMPA | |
| DETROIT | MIAMI | SACRAMENTO | SHANGHAI | TOKYO | |
| | | | | WASHINGTON, D.C. | |

ORLA_126

R-8

692